# EXHIBIT C

APPLICATION OF AUTHORITIES UNDER THE INTERNATIONAL EMERGENCY ECONOMIC POWERS ACT TO COMMUNIST CHINESE MILITARY COMPANIES

Pub. L. 105–261, div. A, title XII, § 1237, Oct. 17, 1998, 112 Stat. 2160, as amended by Pub. L. 106–398, § 1 [[div. A], title XII, § 1233], Oct. 30, 2000, 114 Stat. 1654, 1654A–330; Pub. L. 108–375, div. A, title XII, § 1222, Oct. 28, 2004, 118 Stat. 2089, provided that:

''(a) PRESIDENTIAL AUTHORITY.—

''(1) IN GENERAL.—The President may exercise IEEPA authorities (other than authorities relating to importation) without regard to section 202 of the International Emergency Economic Powers Act (50

U.S.C. 1701) in the case of any commercial activity in the United States by a person that is on the list published under subsection (b).

"(2) PENALTIES.—The penalties set forth in section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) apply to violations of any license, order, or regulation issued under paragraph (1).

"(3) IEEPA AUTHORITIES.—For purposes of paragraph (1), the term 'IEEPA authorities' means the authorities set forth in section 203(a) of the International Emergency Economic Powers Act (50 U.S.C. 1702(a)).

"(b) DETERMINATION AND REPORTING OF COMMUNIST CHINESE MILITARY COMPANIES OPERATING IN UNITED STATES.—

"(1) INITIAL DETERMINATION AND REPORTING.—Not later than March 1, 2001, the Secretary of Defense shall make a determination of those persons operating directly or indirectly in the United States or any of its territories and possessions that are Communist Chinese military companies and shall submit a list of those persons in classified and unclassified form to the following:

"(A) The Committee on Armed Services of the House of Representatives.
"(B) The Committee on Armed Services of the Senate.
"(C) The Secretary of State.
"(D) The Secretary of the Treasury.
"(E) The Attorney General.
"(F) The Secretary of Commerce.
"(G) The Secretary of Energy.
"(H) The Director of Central Intelligence.

"(2) ANNUAL REVISIONS TO THE LIST.—The Secretary of Defense shall make additions or deletions to the list submitted under paragraph (1) on an annual basis based on the latest information available and shall submit the updated list not later than February 1, each year to the committees and officers specified in paragraph (1).

"(3) CONSULTATION.—The Secretary of Defense shall consult with the following officers in carrying out paragraphs (1) and (2):

"(A) The Attorney General.
"(B) The Director of Central Intelligence.
"(C) The Director of the Federal Bureau of Investigation.

"(4) COMMUNIST CHINESE MILITARY COMPANY.—For purposes of making the determination required by paragraph (1) and of carrying out paragraph (2), the term 'Communist Chinese military company' means—

"(A) any person identified in the Defense Intelligence Agency publication numbered VP–1920–271–90, dated September 1990, or PC–1921–57–95, dated October 1995, and any update of those publications for the purposes of this section; and

"(B) any other person that—
"(i) is owned or controlled by, or affiliated with, the People's Liberation Army or a ministry of the government of the People's Republic of China or that is owned or controlled by an entity affiliated with the defense industrial base of the People's Republic of China; and
"(ii) is engaged in providing commercial services, manufacturing, producing, or exporting.

"(c) PEOPLE'S LIBERATION ARMY.—For purposes of this section, the term 'People's Liberation Army' means the land, naval, and air military services, the police, and the intelligence services of the Communist Government of the People's Republic of China, and any member of any such service or of such police."

[Reference to the Director of Central Intelligence or the Director of the Central Intelligence Agency in the Director's capacity as the head of the intelligence community deemed to be a reference to the Director of National Intelligence. Reference to the Director of Central Intelligence or the Director of the Central Intelligence Agency in the Director's capacity as the head of the Central Intelligence Agency deemed to be a reference to the Director of the Central Intelligence Agency. See section 1081(a), (b) of Pub. L. 108–458, set out as a note under section 3001 of this title.]

[For termination, effective Dec. 31, 2021, of annual reporting provisions in section 1237(b)(2) of Pub. L. 105–261, set out above, see section 1061 of Pub. L. 114–328, set out as a note under section 111 of Title 10, Armed Forces.]