# EXHIBIT D

## Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105–261)

### Tranche 5

Advanced Micro-Fabrication Equipment Inc. (AMEC)

Luokong Technology Corporation (LKCO)

Xiaomi Corporation

Beijing Zhongguancun Development Investment Center

GOWIN Semiconductor Corp

Grand China Air Co. Ltd. (GCAC)

Global Tone Communication Technology Co. Ltd. (GTCOM)

China National Aviation Holding Co. Ltd. (CNAH)

Commercial Aircraft Corporation of China, Ltd. (COMAC)