UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOMI CORPORATION, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>       Defendants. | Case No. 1:21-cv-00280-RC |

**UNOPPOSED SCHEDULING MOTION FOR ENTRY OF BRIEFING SCHEDULE
FOR MOTION FOR PRELIMINARY INJUNCTION**

  This lawsuit challenges the Trump Administration's unlawful designation on January 14, 2021, of Plaintiff Xiaomi Corporation ("Xiaomi") as a "Communist Chinese military company" ("CCMC") subject to Executive Order 13959.  As a result of that erroneous designation, U.S. persons—including the individual Plaintiffs in this case—will no longer be able to purchase publicly traded Xiaomi securities as of March 15, 2021, and must divest their existing holdings by January 14, 2022.

  The Restrictions are scheduled to enter into effect on March 15, 2021, and once they do so, they will cause immediate and irreparable harm to Xiaomi, a global consumer electronics company that, as the evidence will show, is neither owned nor controlled by, or otherwise affiliated with, the Chinese government or military.  Among other harms, the Restrictions will cut off the company's ability to raise money from U.S. capital markets, interfere with its business relationships and ability to conduct and expand its business, and permanently damage its reputation and goodwill among business partners and consumers, both in the United States and around the world.  The Restrictions will also prohibit the individual Plaintiffs from

purchasing additional Xiaomi securities after March 15, 2021, and will force them to divest their existing holdings of Xiaomi securities by January 14, 2022.  In light of this imminent and irreparable harm, Plaintiffs will be seeking a preliminary injunction to enjoin the Restrictions from taking effect pending the resolution of this case.

Immediately upon filing their complaint on January 29, 2021, Plaintiffs provided copies of their filing to government counsel and offered to meet and confer to try to reach agreement on a schedule for briefing Plaintiffs' preliminary injunction motion.  Plaintiffs requested that the government advise when it would be able to produce the administrative record, given the Court's strong preference to brief preliminary injunction motions in APA cases on the basis of a complete administrative record.  *See, e.g.*, *Collagenex Phrmaceuticals, Inc. v. Thompson*, 2003 WL 21697344, at *1 (D.D.C. July 22, 2003).  On February 10, 2021, however, government counsel informed Plaintiffs that Defendants were still compiling the administrative record and could not say when Defendants would be able to produce it.

In light of the government's inability to provide a timeframe for the production of the administrative record, and with the March 15 effective date of the Restrictions approaching, Plaintiffs must proceed with filing their preliminary injunction motion to allow sufficient time for the orderly briefing of the motion and to afford the Court an opportunity to rule in advance of March 15.  Accordingly, Plaintiffs respectfully request that the Court enter the following briefing schedule for Plaintiffs' preliminary injunction motion and Defendants have informed Plaintiffs that they do not oppose this schedule:

    a. **Wednesday, February 17, 2021**: Plaintiffs shall file their Motion for a Preliminary Injunction;

    b. **Friday, February 26, 2021**: Defendants shall file any Opposition to Plaintiffs' Motion for a Preliminary Injunction;

    c. **Friday, March 5, 2021**: Plaintiffs shall file any Reply in Support of their Motion for a Preliminary Injunction.

    d. Oral argument to be held at the convenience of the Court the week of March 8, 2021.

Accordingly, Plaintiffs, with consent of Defendants, respectfully request the Court enter an Order adopting the proposed schedule for Plaintiffs' forthcoming Motion for a Preliminary Injunction. A proposed order is attached.

DATED: February 12, 2021                      Respectfully submitted,

                                                      */s/ John E. Hall*

                                             John E. Hall (D.C. Bar. No. 415364)
                                             Beth S. Brinkmann (D.C. Bar. No. 477771)
                                             Alexander A. Berengaut (D.C. Bar. No. 989222)
                                             Megan A. Crowley (D.C. Bar. No. 1049027)
                                             COVINGTON & BURLING LLP
                                             One CityCenter
                                             850 Tenth Street, NW
                                             Washington, DC 20001
                                             Telephone: +1 (202) 662-6000
                                             Facsimile: + 1 (202) 778-6000
                                             Email:  jhall@cov.com
                                                          bbrinkmann@cov.com
                                                           aberengaut@cov.com
                                                           mcrowley@cov.com

                                             *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, a copy of the foregoing Unopposed Scheduling Motion for Entry of Briefing Schedule for Motion for Preliminary Injunction was filed with the United States District Court for the District of Columbia by electronic filing and served on all counsel of record via the Court's electronic filing system.

　　　　　　　　　　　　　　　　　　 */s/ John E. Hall*

　　　　　　　　　　　　　　　　　　John E. Hall (D.C. Bar. No. 415364)
　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　One CityCenter
　　　　　　　　　　　　　　　　　　850 Tenth Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　Telephone: +1 (202) 662-6000
　　　　　　　　　　　　　　　　　　Facsimile: + 1 (202) 778-6000
　　　　　　　　　　　　　　　　　　Email:  jhall@cov.com