IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOMI CORPORATION, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>　　　　*Defendants*. | Case No. 1:21-cv-00280-RC |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Xiaomi Corporation, Bin Lin, Peng Lin, and Stephen Sean English respectfully move for a preliminary injunction against the enforcement or implementation of the Department of Defense's designation of Xiaomi Corporation as a Communist Chinese military company, and the resulting restrictions on transactions in, and possession of, Xiaomi securities or derivatives of those securities, pursuant to Executive Order 13959.  The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction.  A proposed order is attached.

DATED: February 17, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　  */s/ John E. Hall*

　　　　　　　　　　　　　　　　　　　John E. Hall (D.C. Bar. No. 415364)
　　　　　　　　　　　　　　　　　　　Beth S. Brinkmann (D.C. Bar. No. 477771)
　　　　　　　　　　　　　　　　　　　Alexander A. Berengaut (D.C. Bar. No. 989222)
　　　　　　　　　　　　　　　　　　　Megan A. Crowley (D.C. Bar. No. 1049027)
　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　　One CityCenter
　　　　　　　　　　　　　　　　　　　850 Tenth Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　Telephone: +1 (202) 662-6000
　　　　　　　　　　　　　　　　　　　Facsimile: + 1 (202) 778-6000

Email:  jhall@cov.com
bbrinkmann@cov.com
aberengaut@cov.com
mcrowley@cov.com

S. Conrad Scott (*pro hac vice* pending)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY
Telephone: +1 (212) 841-1000
Facsimile: +1 (212) 841-1010
Email: cscott@cov.com

*Attorneys for Plaintiffs*