UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOMI CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>Defendants. | Case No. 1:21-cv-00280-RC |

### DECLARATION OF PENG LIN

I, Peng Lin, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a citizen of the United States.

2. I have been an employee of Xiaomi Corporation ("Xiaomi") subsidiaries since 2016. Since August 2017, I have been an employee of Xiaomi's U.S. subsidiary Xiaomi USA Technology LLC. My title at Xiaomi is General Manager, Corporate Business Development, and my role at the company is to develop business collaboration opportunities with Xiaomi's business partners.

3. As an employee of Xiaomi, I have been a beneficiary of the Xiaomi employee benefit plan, which regularly awards employees Xiaomi stock options and restricted stock units ("RSUs"), and grants of Xiaomi Class B shares. Xiaomi's employee benefit plan is a significant part of my compensation, and was important to me when deciding whether to join the company and has remained an important reason why I have stayed with the company.

4. As a result of my participation in Xiaomi's employee benefit plan, I currently hold (A) Xiaomi stocks; (B) unvested, unexercised stock options, all or some of which (depending on satisfaction of performance conditions) will vest and become exercisable after March 15, 2021;

(C) unexercised stock options that have vested or will become vested and exercisable before March 15, 2021; and (D) RSUs, all or some of which (depending on satisfaction of performance conditions) will vest and settle after March 15, 2021.

5. As a result of the Department of Defense designation of Xiaomi, I understand that at a minimum I will no longer be permitted to receive awards of Xiaomi stock as of March 15, 2021, and I must divest my holdings by January 14, 2022. My inability to fully participate in Xiaomi's employee benefit plan in these regards will cause irreparable harm to me, insofar as I will be deprived the ability to realize the benefits of being a Xiaomi shareholder, despite being an employee of the company who is devoted to its long-term success. The requirement that I divest my Xiaomi shares at depressed prices will also cause me to experience significant losses on the value of those shares and prevent me from benefiting from future appreciation in the price of those shares.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2021.

_____
Peng Lin