**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| XIAOMI CORPORATION, et al., | |
| *Plaintiffs*, | |
| v. | Case No. 1:21-cv-00280-RC |
| DEPARTMENT OF DEFENSE, et al., | |
| *Defendants*. | |

**DECLARATION OF MEGAN A. CROWLEY**

I, Megan A. Crowley, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiffs Xiaomi Corporation, Bin Lin, Peng Lin, and Stephen Sean English, and am fully familiar with the facts, circumstances, and proceedings herein.  I submit this declaration to place before the Court certain documents relevant to its determination of Plaintiffs' Motion for Preliminary Injunction.

2.      Attached as **Exhibit A** is a true and correct copy of relevant excerpts of Xiaomi Corporation's Prospectus for its 2018 Global Offering.  The entire Prospectus is publicly available at https://global.appmifile.com/f/i/18/ir/files/Prospectus-E.pdf.

3.      Attached as **Exhibit B** is a true and correct copy of a letter dated June 24, 2020, from Deputy Secretary of Defense David L. Norquist to Senator Tom Cotton, which is publicly available  at  https://www.cotton.senate.gov/imo/media/doc/Sen%20Cotton%20NDAA%20FY% 201999%20Sec%201237%20Response%2006242020.pdf.

4.      Attached as **Exhibit C** is a true and correct copy of a document entitled *Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105-261)*, which was attached to the June 24, 2020 letter from Deputy Secretary of Defense David L. Norquist to Senator Tom Cotton, and is publicly available at https://www.cotton.senate.gov/imo/media/doc/Sen%20Cotton%20NDAA%20FY%201999%20Sec%201237%20Response%2006242020.pdf.

5.      Attached as **Exhibit D** is a true and correct copy of a document entitled *Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105-261)*, which was published by the Department of Defense on August 28, 2020, and which is publicly available at https://media.defense.gov/2020/Aug/28/2002486689/-1/-1/1/link_1_1237_TRANCHE-23_QUALIFYING_ENTITIES.pdf.

6.      Attached as **Exhibit E** is a true and correct copy of a release entitled *DOD Releases List of Additional Companies, in Accordance with Section 1237 of FY99 NDAA*, which was published by the Department of Defense and is dated August 28, 2020, and which is publicly available at https://www.defense.gov/Newsroom/Releases/Release/Article/2328894/dod-releases-list-of-additional-companies-in-accordance-with-section-1237-of-fy/.

7.      Attached as **Exhibit F** is a true and correct copy of a document entitled *Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105-261)*, which was published by the Department of Defense on December 3, 2020, and which is publicly available at https://media.defense.gov/2020/Dec/03/2002545864/-1/-1/1/TRANCHE-4-QUALIFYING-ENTITIES.PDF.

8.      Attached as **Exhibit G** is a true and correct copy of a release entitled *DOD Releases List of Additional Companies, In Accordance with Section 1237 of FY99 NDAA*, which was

2

published by the Department of Defense and is dated December 3, 2020, and which is publicly available at https://www.defense.gov/Newsroom/Releases/Release/Article/2434513/dod-releases-list-of-additional-companies-in-accordance-with-section-1237-of-fy/.

9.      Attached as **Exhibit H** is a true and correct copy of a document entitled *Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105-261)*, which was published by the Department of Defense on January 14, 2021, and which is publicly available at https://media.defense.gov/2021/Jan/14/2002565154/-1/-1/0/DOD-RELEASES-LIST-OF-ADDITIONAL-COMPANIES-IN-ACCORDANCE-WITH-SECTION-1237-OF-FY99-NDAA.pdf.

10.      Attached as **Exhibit I** is a true and correct copy of a release entitled *DOD Releases List of Additional Companies, In Accordance with Section 1237 of FY99 NDAA*, which was published by the Department of Defense and is dated January 14, 2021, and which is publicly available at https://www.defense.gov/Newsroom/Releases/Release/Article/2472464/dod-releases-list-of-additional-companies-in-accordance-with-section-1237-of-fy/.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 16, 2020, in Washington, D.C.

_____
Megan A. Crowley

# Exhibit A



# XIAOMI CORPORATION

(A company controlled through weighted voting rights and incorporated in the Cayman Islands with limited liability)

Stock Code: 1810

Global Offering

Joint Sponsors, Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers

 

Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers

   

    

Joint Bookrunners and Joint Lead Managers

     

    

**Important:** if you are in any doubt about any of the contents of this prospectus, you should obtain independent professional advice.



# XIAOMI CORPORATION
# 小米集团

*(A company controlled through weighted voting rights and incorporated in the Cayman Islands with limited liability)*

## GLOBAL OFFERING

| | | |
|---|---|---|
| Number of Offer Shares under the Global Offering | : | 2,179,585,000 Offer Shares (comprising 1,434,440,000 New Class B Shares and 745,145,000 Sale Shares, and subject to the Over-allotment Option) |
| Number of Hong Kong Offer Shares | : | 108,980,000 Offer Shares (subject to reallocation) |
| Number of International Offer Shares | : | 2,070,605,000 Offer Shares (comprising 1,325,460,000 New Class B Shares and 745,145,000 Sale Shares, and subject to reallocation and the Over-allotment Option) |
| Maximum Offer Price | : | HK$22.00 per Offer Share plus brokerage of 1%, SFC transaction levy of 0.0027% and the Stock Exchange trading fee of 0.005% (payable in full on application in Hong Kong dollars subject to refund) |
| Nominal value | : | US$0.0000025 per Offer Share |
| Stock code | : | 1810 |

*Joint Sponsors, Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers*



*Joint Global Coordinators, Joint Bookrunners and Joint Lead Managers*

  

    

*Joint Bookrunners and Joint Lead Managers*



     

    

Hong Kong Exchanges and Clearing Limited, The Stock Exchange of Hong Kong Limited and Hong Kong Securities Clearing Company Limited take no responsibility for the contents of this prospectus, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this prospectus.

A copy of this prospectus, having attached thereto the documents specified in the section headed "Documents Delivered to the Registrar of Companies in Hong Kong and Available for Inspection" in Appendix V, has been registered by the Registrar of Companies in Hong Kong as required by section 342C of the Companies (Winding Up and Miscellaneous Provisions) Ordinance (Chapter 32 of the Laws of Hong Kong). The Securities and Futures Commission and the Registrar of Companies in Hong Kong take no responsibility for the contents of this prospectus or any other document referred to above.

The Offer Price is expected to be determined by agreement between the Joint Representatives (for themselves and on behalf of the Underwriters) and the Company on the Price Determination Date. The Price Determination Date is expected to be on or around Friday, June 29, 2018 and, in any event, not later than Tuesday, July 3, 2018. The Offer Price will be not more than HK$22.00 and is currently expected to be not less than HK$17.00, unless otherwise announced. If, for any reason, the Offer Price is not agreed by Tuesday, July 3, 2018 between the Joint Representatives (for themselves and on behalf of the Underwriters) and the Company, the Global Offering will not proceed and will lapse.

The Joint Representatives (for themselves and on behalf of the Underwriters) may, with the Company's consent, reduce the number of Offer Shares being offered under the Global Offering and/or the indicative Offer Price range below that stated in this prospectus at any time on or prior to the morning of the last day for lodging applications under the Hong Kong Public Offering. In such a case, an announcement will be published in the South China Morning Post (in English) and Hong Kong Economic Times (in Chinese) and on the websites of the Stock Exchange at www.hkexnews.hk and the Company at www.mi.com not later than the morning of the day which is the last day for lodging applications under the Hong Kong Public Offering.

The obligations of the Hong Kong Underwriters under the Hong Kong Underwriting Agreement to subscribe for, and to procure subscribers for, the Hong Kong Offer Shares, are subject to termination by the Joint Representatives (for themselves and on behalf of the Underwriters) if certain events shall occur prior to 8:00 a.m. on the Listing Date. Such grounds are set out in the section headed "Underwriting" in this prospectus.

The Offer Shares have not been and will not be registered under the U.S. Securities Act or any state securities law in the United States and may not be offered, sold, pledged or transferred within the United States or to, or for the account or benefit of U.S. persons (as defined in Regulation S) except in transactions exempt from, or not subject to, the registration requirements of the U.S. Securities Act. The Offer Shares are being offered and sold (i) solely to QIBs as defined in Rule 144A pursuant to an exemption from registration under the U.S. Securities Act and (ii) outside the United States in offshore transactions in accordance with Regulation S.

The Company is controlled through weighted voting rights. Prospective investors should be aware of the potential risks of investing in a company with a WVR structure, in particular that the WVR Beneficiaries, whose interests may not necessarily be aligned with those of our Shareholders as a whole, will be in a position to exert significant influence over the outcome of Shareholders' resolutions, irrespective of how other Shareholders vote. For further information about the risks associated with our WVR structure, please refer to the section headed "Risk Factors—Risks Relating to the Global Offering." Prospective investors should make the decision to invest in the Company only after due and careful consideration.

June 25, 2018

## EXPECTED TIMETABLE[(1)]

| | |
|---|---|
| Hong Kong Public Offering commences and **WHITE** and **YELLOW** Application Forms available from . . . . . . . . . . . . . . | 9:00 a.m. on Monday, June 25, 2018 |
| Latest time for completing electronic applications under the **White Form eIPO** service through the designated website at **www.eipo.com.hk**[(2)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11:30 a.m. on Thursday, June 28, 2018 |
| Application lists open[(3)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11:45 a.m. on Thursday, June 28, 2018 |
| Latest time for (a) lodging **WHITE** and **YELLOW** Application Forms, (b) completing payment for **White Form eIPO** applications by effecting internet banking transfer(s) or PPS payment transfer(s) and (c) giving **electronic application instructions** to HKSCC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12:00 noon on Thursday, June 28, 2018 |
| Application lists close[(3)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12:00 noon on Thursday, June 28, 2018 |
| Expected Price Determination Date . . . . . . . . . . . . . . . . . . . . . . . . | Friday, June 29, 2018 |
| (1)   Announcement of the Offer Price, the level of indications of interest in the International Offering, the level of applications in the Hong Kong Public Offering and the basis of allocations of the Hong Kong Offer Shares to be published in the South China Morning Post (in English) and the Hong Kong Economic Times (in Chinese) on or before . . . . . . . . . . . . . . | Friday, July 6, 2018 |
| (2)   Results of allocations in the Hong Kong Public Offering to be available through a variety of channels as described in *"How to Apply for Hong Kong Offer Shares—Publication of Results"* from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Friday, July 6, 2018 |
| (3)   Announcement containing (1) and (2) above to be published on the websites of the Company and the Stock Exchange at **www.mi.com** and **www.hkexnews.hk** from . . . . . . . . . . . . . . | Friday, July 6, 2018 |
| Results of allocations in the Hong Kong Public Offering will be available at **www.iporesults.com.hk** (alternatively: English **https://www.eipo.com.hk/en/Allotment**; Chinese **https://www.eipo.com.hk/zh-hk/Allotment**) with a "search by ID" function from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Friday, July 6, 2018 |
| Despatch of Share certificates and White Form e-Refund payment instructions/refund checks on or before[(4)(5)] . . . . . . . . . . . . . . . . . | Friday, July 6, 2018 |
| Dealings in the Offer Shares on the Stock Exchange expected to commence at 9:00 a.m. on . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Monday, July 9, 2018 |

*Notes:*

(1)   All dates and times refer to Hong Kong dates and times.

(2)   You will not be permitted to submit your application under the **White Form eIPO** service through the designated website at **www.eipo.com.hk** after 11:30 a.m. on the last day for submitting applications. If you have already submitted your application and obtained a payment reference number from the designated website prior to 11:30 a.m., you will be permitted to continue the application process (by completing payment of the application monies) until 12:00 noon on the last day for submitting applications, when the application lists close.

(3)   If there is a "black" rainstorm warning signal or a tropical cyclone warning signal number 8 or above in force in Hong Kong at any time between 9:00 a.m. and 12:00 noon on Thursday, June 28, 2018, the application lists will not open and close on that day. See *"How to Apply for Hong Kong Offer Shares."*

(4)   The Share certificates will only become valid at 8:00 a.m. on the Listing Date, which is expected to be Monday, July 9, 2018, provided that the Global Offering has become unconditional in all respects at or before that time. Investors who trade Offer Shares on the basis of publicly available allocation details or prior to the receipt of the Share certificates or prior to the Share certificates becoming valid do so entirely at their own risk.

(5)   e-Refund payment instructions/refund cheques will be issued in respect of wholly or partially unsuccessful applications and in respect of successful applications if the Offer Price is less than the price payable on application.

For details of the structure of the Global Offering, including its conditions, and the procedures for applications for Hong Kong Offer Shares, see *"Structure of the Global Offering"* and *"How to Apply for Hong Kong Offer Shares,"* respectively.

If the Global Offering does not become unconditional or is terminated in accordance with its terms, the Global Offering will not proceed. In such a case, the Company will make an announcement as soon as practicable thereafter.

# CONTENTS

## IMPORTANT NOTICE TO PROSPECTIVE INVESTORS

*This prospectus is issued by the Company solely in connection with the Hong Kong Public Offering and the Hong Kong Offer Shares and does not constitute an offer to sell or a solicitation of an offer to buy any security other than the Hong Kong Offer Shares offered by this prospectus pursuant to the Hong Kong Public Offering. This prospectus may not be used for the purpose of making, and does not constitute, an offer or invitation in any other jurisdiction or in any other circumstances. No action has been taken to permit a public offering of the Hong Kong Offer Shares in any jurisdiction other than Hong Kong and no action has been taken to permit the distribution of this prospectus in any jurisdiction other than Hong Kong. The distribution of this prospectus for purposes of a public offering and the offering and sale of the Hong Kong Offer Shares in other jurisdictions are subject to restrictions and may not be made except as permitted under the applicable securities laws of such jurisdictions pursuant to registration with or authorization by the relevant securities regulatory authorities or an exemption therefrom.*

*You should rely only on the information contained in this prospectus and the Application Forms to make your investment decision. The Hong Kong Public Offering is made solely on the basis of the information contained and the representations made in this prospectus. We have not authorized anyone to provide you with information that is different from what is contained in this prospectus. Any information or representation not contained nor made in this prospectus and the Application Forms must not be relied on by you as having been authorized by the Company, the Joint Sponsors, the Joint Representatives, the Joint Global Coordinators, the Joint Bookrunners, the Joint Lead Managers, any of the Underwriters, any of their respective directors, officers, employees, agents or representatives of any of them or any other parties involved in the Global Offering.*

| | Page |
|---|---|
| Expected Timetable | i |
| Contents | ii |
| Open Letter from Our Chairman | 1 |
| Summary | 6 |
| Definitions | 26 |
| Glossary of Technical Terms | 44 |
| Forward-looking Statements | 47 |
| Risk Factors | 48 |
| Waivers from Compliance with the Listing Rules and Exemptions from the Companies (Winding Up and Miscellaneous Provisions) Ordinance | 96 |
| Information about this Prospectus and the Global Offering | 126 |
| Directors and Parties Involved in the Global Offering | 130 |
| Corporate Information | 139 |
| Industry Overview | 141 |
| Regulations | 156 |
| History, Reorganization and Corporate Structure | 186 |
| Business | 206 |
| Contractual Arrangements | 277 |

# CONTENTS

| | Page |
|---|---|
| **Financial Information** | 300 |
| **Relationship with the Controlling Shareholders** | 363 |
| **Connected Transactions** | 368 |
| **Share Capital** | 384 |
| **Substantial Shareholders** | 390 |
| **Cornerstone Investors** | 393 |
| **Directors and Senior Management** | 399 |
| **Future Plans and Use of Proceeds** | 413 |
| **Underwriting** | 416 |
| **Structure of the Global Offering** | 429 |
| **How to Apply for Hong Kong Offer Shares** | 440 |
| **Appendix I Accountant's Report** | I-1 |
| **Appendix II Unaudited Pro Forma Financial Information** | II-1 |
| **Appendix III Summary of the Constitution of the Company and Cayman Companies Law** | III-1 |
| **Appendix IV Statutory and General Information** | IV-1 |
| **Appendix V Documents Delivered to the Registrar of Companies in Hong Kong and Available for Inspection** | V-1 |

## OPEN LETTER FROM OUR CHAIRMAN

Thank you for your interest and support for Xiaomi. As you read this document, I hope you not only see a fast-growing and thriving company, but more importantly, understand how we pioneered an amazing, innovative business model underpinned by courage and trust.

In this letter, I would like to share my personal thoughts on Xiaomi and what we strive for.

**We are more than a hardware company. We are an innovation-driven internet company.**

Xiaomi is an internet company with smartphones and smart hardware connected by an IoT platform at its core. Our mission is to relentlessly build amazing products with honest prices to let everyone in the world enjoy a better life through innovative technology.

Every day for the past eight years, our vision to be friends with our users and to be the "coolest company" in the hearts of our users has motivated us to pursue innovation and maintain an unwavering focus on quality and efficiency. This has resulted in us continually achieving many ground-breaking milestones.

We founded Xiaomi in April 2010. At the time, my co-founders and I had a simple idea—to create a very cool smartphone that we would personally love. Among Xiaomi's eight co-founders, six of us are engineers and two are designers. All of us are hardcore fans of technology.

"Amazing products" and "honest prices" come hand-in-hand. They are inseparable. Only through building amazing products that well exceed people's expectations and offering them at honest prices, can we win over the hearts of our users. Pursuing innovative technology and outstanding design is in our DNA. Our engineers are obsessed with pushing the boundaries of technology, and they repeatedly craft every minute detail to ensure our products completely exceed our users' expectations. We have the courage to break with convention and constantly improve ourselves, and these are the key reasons why we have been able to gain our users' sustained trust and appreciation.

We promote a bold innovative culture, not limited to technology. We are innovative not only in smartphone technology, including materials, displays and SoCs, but also in design, where we have received over 200 globally acclaimed industrial design awards in the past few years. We have a unique "triathlon" business model and have built a one-of-a-kind ecosystem of companies. We have a unique engagement model with our online users, as well as a highly efficient new retail strategy incorporating both online and offline. The spirit of innovation is deeply ingrained in everything we do and motivates us to accelerate our exploration of uncharted waters.

Currently, we are the world's fourth-largest smartphone company. We have created many smart hardware products, among which many are leaders in their respective categories. We have also built the world's largest IoT platform with over 100 million connected devices. In addition, we have 190 million MIUI monthly active users who regularly use our innovative internet services.

What makes us even prouder is that we have completely transformed the industries that we participate in. We have driven the rapid adoption and quality improvement of smartphones in China, laying a strong foundation for the rise of the mobile internet in the country. The rapid development

## OPEN LETTER FROM OUR CHAIRMAN

of mobile payments, e-commerce, social networking, and short-form videos in China can be largely attributed to the penetration of the mobile internet into the lives of hundreds of millions of people. China is now the world's largest smartphone market with a strong and vibrant mobile internet industry. We believe our contributions to this have been widely recognized.

Good companies make profits, great companies also win over people's hearts. We pride ourselves even more in being a technology company with a rare "fan culture." We have a large global community of "Mi Fans," passionate users who are intensely loyal to our brand, highly engaged on our platform and actively contribute feedback and feature ideas to our product development.

**After a successful rebound, Xiaomi's business model has been proven again.**

As a young Internet company, Xiaomi has conquered many challenges. In 2016, our smartphone sales declined. It was clear to us that because we grew so quickly in our early years, we did not have an adequately strong foundation to face all the challenges in front of us at that time. We deliberately slowed our growth to focus on strengthening three key aspects of our business: innovation, quality and supply management. In 2017, Xiaomi successfully delivered on these key aspects and quickly returned to rapid growth.

As far as we know, apart from Xiaomi, there has never been another smartphone company that has successfully rebounded after a decline in sales.

This was a turning point for Xiaomi. This experience was invaluable for us. We strengthened our management capability, grew our talent pool, broadened our technology foundations and enhanced our supply chain and production capabilities.

More importantly, our business model was tested and proven again.

Xiaomi is more than a hardware company. We are an innovation-driven internet company. Although our hardware business is essential to building our user base, we do not expect it to be the main source of our profits. We maintain excellent design and outstanding quality in our products, while pricing our products as close as possible to cost by selling them to users through highly efficient online and offline new retail channels. We then provide our users with comprehensive internet services.

This is our unique "triathlon" business model, which encompasses hardware, new retail and internet services. Xiaomi's achievements so far illustrate the strength and resilience of our model. Within 7 years of our founding, our annual revenue exceeded RMB100 billion, achieving a growth rate that many traditional companies are unable to match.

The increase in efficiency comes from lowering operating costs, especially sales and marketing costs. Xiaomi's unique business model ensures that our products are high quality and priced honestly, which is the foundation of our users' trust in us.

**We pledge that our overall hardware net profit margin will never exceed 5%.**

During the early years of Xiaomi's founding, we had a grand dream: to improve the efficiency of the entire business world.

## OPEN LETTER FROM OUR CHAIRMAN

For example, in China, a shirt that costs US$15 to produce may retail for as much as US$150. This is a shocking markup of 10 times. A pair of shoes may be marked up by 5 to 10 times, and a tie can be marked up by 20 times. The list is endless.

It has always been difficult for me to understand why businesses are so inefficient. Why do users have to bear the costs of inefficiency? Cost reduction efforts are usually focused on reducing production costs, which may account for only 10% of total costs. Rarely do companies focus on eliminating the inefficiencies in sales, marketing and operations, which may account for 90% of total costs.

Xiaomi has the will and determination to revolutionize the industries that we participate in through relentlessly pursuing cost-efficiencies.

At the beginning of 2011, during our first employee annual meeting, I told more than 100 employees and their families that we wanted to make smartphones with the best performance and user experience, and sell them for only US$300. At that time, similar smartphones were selling for more than US$600.

Great companies are always focused on creating quality products and selling them at better and better prices so that users can get their money's worth.

As Xiaomi continues to progress, we ask ourselves: what has remained constant in the ever-changing business world?

Our answer is that users have always expected amazing products at honest prices.

Many of our users tell us that when they browse Mi Store or visit a Mi Home, they can buy any of our products with full confidence, because they know these products have the best quality and price. When I hear this, I know that all of our energy and efforts are worth it. This is ultimately our goal.

Our users' trust is the foundation of our business and efficiency is the soul. As long as we continue to earn the trust of our users, our business will continue to perform well. A company that is able to achieve world-class efficiency will have the ability to survive multiple economic cycles, continuously seize new opportunities in the industry, and sustain excellent operational performance in the long run.

"Amazing products, honest pricing" comes with real action. At this point, I would like to pledge to our existing and potential users: starting in 2018, Xiaomi's hardware businesses' overall net profit margin will not exceed 5% per year. If the net margin exceeds 5%, we will return the excess to our users.

It is our belief that delivering sustained, high quality user experience is more important than pursuing one-time hardware profits. Focusing on efficiency is more important than short-term

## OPEN LETTER FROM OUR CHAIRMAN

profits. We are confident that maintaining reasonable profits will inevitably become an industry trend. Blindly pushing for higher margins will not be sustainable.

Therefore, I would like to emphasize that we will focus on upholding our users' and our company's long-term interests, which in turn creates more value for our shareholders.

It is our ultimate commitment to efficiency to cap our hardware business net profit margin at 5%. We know that it may take time for everyone to fully embrace our ideals. However, time is on our side. Our steadfast determination and execution will eventually help us to realize our dreams.

**Building an open global ecosystem, our potential has no boundaries**

Today, we present ourselves to you as we prepare to enter a new stage in our journey. We believe that the potential of our global business is only limited by our imagination.

We are building an open global ecosystem, and not a walled garden. To let everyone on earth enjoy a better life through innovative technology, one "Xiaomi" is not enough. We need to incubate and partner with at least 100 other "Xiaomis" in order to successfully build a rich and vibrant new global business ecosystem.

With our unique ecosystem model, we have mobilized many like-minded entrepreneurs. We are not alone. Together, we have created a comprehensive suite of products that revolve around our smartphones, including mobile peripherals, smart hardware and lifestyle products. Currently, Xiaomi has invested in more than 90 IoT and lifestyle companies, and together, we have changed many industries. In the future, our ecosystem will get even bigger.

We are not only changing industries in China, but also elsewhere in the world. Among the more than 70 countries and regions that we have entered, we are number one in India in terms of smartphone market share and are among the top 5 smartphone companies in 15 countries. We will continue to prove that Xiaomi's business model can be extended globally at a rapid pace.

Building a global ecosystem has provided Xiaomi with more opportunities for long-term development, expanded our boundaries, and further strengthened our foundation. With the era of big data and AI upon us, we believe that the high volume of data generated by our ecosystem will allow us to better understand our users' needs and give us a significant edge to offer improved products and services.

The spirit of engineering runs in our veins. This spirit drives us to relentlessly explore the most advanced technologies in order to benefit as many users as possible and to be the coolest company in the hearts of our users. We believe that everyone in the world should enjoy a better life through innovative technology.

Fundamentally, the Internet is all about transparency, efficiency, and equality. We want to allow everyone, regardless of gender, ethnicity, religion, nationality, or education level, to enjoy the benefits of technology.

## OPEN LETTER FROM OUR CHAIRMAN

This is the goal that all Xiaomi employees and I are working tirelessly for.

Thank you for your interest in Xiaomi. Together, I believe we can create a paradigm shift of efficiency in the business world and use technology to improve the lives of many.

To gift honesty to business, to gift warmth to technology, to gift happiness to everyone, our mission has no boundaries, and we have only just begun. We have changed how hundreds of millions of people live, and we will become a part of the lives of billions of people globally in the future.

Good things happen to good people. Please join us on our journey. Always believe.

Sincerely yours,

Lei Jun

## SUMMARY

development. As of March 31, 2018, over 1.4 million users had more than five connected Xiaomi products (excluding smartphones and laptops). In addition, our users are very vocal on our MIUI forum, which has over nine million MAUs in March 2018. As of March 31, 2018, our users had collectively generated approximately 250 million posts on our MIUI forum since we launched it in August 2010.

### Our Milestones

Our unique mission, vision and core values have made the following significant achievements possible since our inception in 2010:

- 2012: Annual sales exceeded US$1 billion (two years after inception)

- 2014: Number one smartphone company in mainland China by unit shipments, according to IDC (three years after launching our first smartphone)

- 2014: Annual sales exceeded US$10 billion, four years after inception, which is the fastest in history, according to iResearch

- 2015: MIUI MAUs exceeded 100 million

- 2017: The world's largest consumer IoT platform in terms of the number of connected devices (excluding smartphones and laptops), according to iResearch

- 2017: Number one smartphone company in India by unit shipments in the fourth quarter of 2017, according to IDC (three and a half years after officially entering the India market)

- 2017: Fastest growing internet company and second fastest growing company globally, as measured by organic revenue growth compared to publicly-listed profitable companies with revenue of over RMB100 billion in 2017, according to iResearch

### Our Business Model

Our Company is built on innovation and efficiency. As a company founded by engineers and designers, we embrace a culture of bold innovation to push the boundaries of what technology can offer. A spirit of innovation permeates our Company and guides everything we do. In addition, we are relentless in our pursuit of efficiency. We strive to achieve cost savings to deliver value back to our users.

## RISK FACTORS

> *You should carefully consider all of the information in this document, including the following risk factors before making any investment decision in relation to the Offer Shares. Our business, financial condition or results of operations could be materially and adversely affected by any of these risks. The market price of the Offer Shares could fall significantly due to any of these risks, and you may lose all or part of your investment.*

We believe that there are certain risks involved in our operations, many of which are beyond our control. We have categorized these risks and uncertainties into: (i) risks relating to our business and industry; (ii) risks relating to doing business in mainland China; (iii) risks relating to our Contractual Arrangements; (iv) risks relating to the WVR structure; and (v) risks relating to the Global Offering. Additional risks and uncertainties that are presently not known to us or not expressed or implied below or that we currently deem immaterial could also harm our business, financial condition and operating results. You should consider our business and prospects in light of the challenges we face, including the ones discussed in this section.

### Risks Relating to Our Business and Industry

***Global markets for our products and services are highly competitive and subject to rapid technological changes, and we may be unable to compete effectively in these markets.***

Our products and services compete in highly competitive global markets characterized by aggressive price competition, frequent introduction of new products, short product life cycles, evolving industry standards, continuous improvement in product price and performance characteristics, rapid adoption of technological and product advancements by competitors and price sensitivity and preference on the part of consumers.

Our ability to compete successfully depends heavily on our ability to continue to introduce innovative new products, services and technologies in a timely manner to the marketplace. We design and develop a number of our key hardware products, our MIUI proprietary operating system, numerous software applications and related services. Our capability to introduce new or enhanced products, services and technologies in turn depend on a number of factors, including timely and successful research and development efforts by us as well as our ecosystem partners. As a result, we must make significant investments in research and development. The research and development process of new products, services and technologies is complex, time-consuming and costly, and the result is unpredictable. Given the complexity, we could experience delays in completing the development and introduction of new and enhanced products, services and technologies in the future. Our research and development efforts may not yield the benefits we expect to achieve at all after we dedicate our time and resources into it. If we are unable to continue to develop, sell and offer innovative new products and services, or if competitors infringe on our intellectual property, our ability to maintain a competitive advantage could be adversely affected.

We face substantial competition from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships. Additionally, we face significant competition as competitors reduce their selling prices and have always attempted to produce products that imitate our product features and applications or, alternatively, collaborate among themselves to offer solutions that are more competitive than those they currently offer. Some of our competitors have greater experience, brand recognition, product breadth and distribution channels than us. The current competitors and new entrants may also seek to

## RISK FACTORS

develop new product and service offerings, technologies or capabilities that could render many of the products and services that we offer obsolete or less competitive, and some of them may adopt more aggressive pricing policies or devote greater resources to marketing and promotional campaigns than us. The occurrence of any of these circumstances may hinder our growth and our ability to compete and reduce our market share. As a result, our business, results of operations, financial condition and prospects would be materially and adversely affected.

***If we are unable to manage our growth or execute our strategies effectively, our business and prospects may be materially and adversely affected.***

Our business has grown substantially in recent years, and we expect continued growth in our business, revenues and number of employees. In addition, as we increase our product and service offerings, we will need to work with a larger number of partners efficiently and maintain and expand mutually-beneficial relationships with our existing and new partners. We also need to continuously enhance and upgrade our infrastructure and technology, improve control over our operational, financial and management aspects, strengthen our supplier and distributor management, refine our reporting systems and procedures, and expand, train and manage our growing employee base. All these efforts will require significant managerial, financial and human resources. We cannot assure you that we will be able to effectively manage our growth, that our current infrastructure, systems, procedures and controls or any new measures to enhance them will be adequate and successful to support our expanding operations or that our strategies and new business initiatives will be executed successfully. If we are not able to manage our growth or execute our strategies effectively, our expansion may not be successful and our business and prospects may be materially and adversely affected.

***Maintaining the trusted brand image of our products and services is critical to our success, and any failure to do so could severely damage our reputation and brand, which would have a material adverse effect on our business, financial condition and results of operations.***

We have established a strong brand name and reputation for our products and services globally, especially in mainland China and other markets such as India. Any loss of trust in our products and services could harm the value of our brand, which could materially reduce our revenue and profitability. Our ability to maintain our position as a trusted brand for hardware products and internet services is based in large part upon:

- the quality, design and accessible pricing that we offer;

- providing a compelling shopping experience to our users;

- user satisfaction with our products and services;

- increase brand awareness through marketing and brand promotion activities; and

- preserve our reputation and goodwill in the event of any negative publicity on product quality, service, price or authenticity, or other issues affecting us or other internet companies.

Any public perception that our products and services are defective or otherwise unsatisfactory, even if factually incorrect or based on isolated incidents, could damage our reputation, diminish the value of our brand, undermine the trust and credibility we have established and have a negative impact on our ability to attract new users or retain our current users. If we are unable to maintain our reputation, enhance our brand recognition or increase positive awareness of our products and services,

## RELATIONSHIP WITH THE CONTROLLING SHAREHOLDERS

### CONTROLLING SHAREHOLDERS

Immediately after the completion of the Global Offering, Lei Jun, our executive Director, Founder, Chairman and Chief Executive Officer, will be interested in and will control, through various intermediary entities, 4,295,187,720 Class A Shares and 2,283,106,380 Class B Shares (assuming all Preferred Shares are converted into Class B Shares upon Listing). Assuming the Over-allotment Option is not exercised and no Shares are issued pursuant to the exercise of share options granted under the Pre-IPO ESOP, Lei Jun's aggregated shareholding will be approximately 29.40% of our issued share capital and he will hold approximately 54.74% of the voting rights in the Company through shares beneficially owned by him capable of being exercised on resolutions in general meetings (except for resolutions with respect to a limited number of Reserved Matters, in relation to which each share is entitled to one vote). Therefore, Lei Jun will be a Controlling Shareholder after the Listing. Lei Jun holds his interests in the Company through various intermediary entities including Smart Mobile Holdings Limited and Smart Player Limited. Additionally, pursuant to the Voting Proxy Agreements, certain minority shareholders have also granted Lei Jun a voting proxy over Class B Shares representing approximately 1.69% of the issued share capital and approximately 0.46% of the voting rights of the Company in relation to resolutions other than the Reserved Matters.

The following diagram illustrates the ultimate beneficial interest of our Controlling Shareholders' voting rights for resolutions in general meetings with respect to matters other than the Reserved Matters, immediately following the completion of the Global Offering (assuming the Over-allotment Option is not exercised and the share options granted under the Pre-IPO ESOP are not exercised):



*Notes:*

(1) Immediately after the completion of the Global Offering (assuming the Over-allotment Option is not exercised and the share options granted under the Pre-IPO ESOP are not exercised), Smart Mobile Holdings Limited will hold 4,295,187,720 Class A Shares and 2,223,884,750 Class B Shares, representing an aggregate of approximately 54.67% of the voting rights in the Company. Each Class A Share has 10 votes per share and each Class B Share has one vote per share, capable of being exercised on resolutions in general meeting save for resolutions with respect to any Reserved Matters. For the Reserved Matters, the Class A Shares carry one vote per share, and in relation to the Reserved Matters, the aggregate percentage of voting rights Lei Jun may exercise is approximately 29.40%.

(2) Immediately after the completion of the Global Offering (assuming the Over-allotment Option is not exercised and the share options granted under the Pre-IPO ESOP are not exercised), Smart Player Limited will hold 59,221,630 Class B Shares, representing approximately 0.07% of the voting rights in the Company capable of being exercised on resolutions in general meetings save for resolutions with respect to any Reserved Matters, and approximately 0.26% of the voting rights in the Company in relation to the Reserved Matters.

(3) Smart Mobile Holdings Limited and Smart Player Limited are both wholly-owned by Sunrise Vision Holdings Limited, which is in turn held by Parkway Global Holdings Limited. The entire interest in Parkway Global Holdings Limited is held through a trust which was established by Lei Jun (as the settlor) for the benefit of Lei Jun and his family.

For further information about the weighted voting rights attached to the Class A Shares, please refer to the section headed "Share Capital."

(c)   *Restrictions on issue of Shares with weighted voting rights*

No further Class A Shares shall be issued by the Company, except with the approval of the Exchange and pursuant to (i) an offer to subscribe for shares in the Company made to all the members of the Company pro rata (apart from fractional entitlements) to their existing holdings; (ii) a pro rata issue of shares to all the members of the Company by way of scrip dividends; or (iii) pursuant to a share subdivision or other similar capital reorganization, provided that each member of the Company shall be entitled to subscribe for or be issued shares in the same class as the shares then held by him, and further provided that the proposed allotment or issuance will not result in an increase in the proportion of Class A Shares in issue, so that:

(i)   if, under a pro rata offer, any holder of Class A Shares does not take up any part of the Class A Shares or the rights thereto offered to him, such untaken shares or rights shall only be transferred to another person on the basis that such transferred rights will only entitle the transferee to an equivalent number of Class B Shares; and

(ii)   to the extent that that rights to Class B Shares in a pro rata offer are not taken up in their entirety, the number of Class A Shares that shall be allotted, issued or granted in such pro rata offer shall be reduced proportionately.

(d)   *Reduction of Shares with weighted voting rights on repurchase of Shares*

In the event the Company reduces the number of Class B Shares in issue through a purchase of its own shares, the holders of Class A Shares shall reduce their voting rights in the Company proportionately, whether through a conversion of a portion of their Class A Shares or otherwise, if the reduction in the number of Class B Shares in issue would otherwise result in an increase in the proportion of Class A Shares to the total number of shares in issue.

(e)   *Prohibition on variation of terms of shares with weighted voting rights*

The Company shall not vary the rights of the Class A Shares so as to increase the number of votes to which each Class A Share is entitled.

(f)   *Qualification of holders of shares with weighted voting rights*

Class A Shares shall only be held by a Director or a vehicle wholly-owned or controlled by a Director. Subject to the Listing Rules or other applicable laws and regulations, each Class A Share shall be automatically converted into one Class B Share upon the occurrence of any of the following events:

(i)   the death of the holder of such Class A Share (or where the holder is a vehicle owned or controlled by a Director, the death of that Director);

(ii)   the holder of such Class A Share ceasing to be a Director or a vehicle owned or controlled by a Director for any reason;

(iii)   the holder of such Class A Share (or, where the holder is a vehicle owned or controlled by a Director, the Director owning or controlling such vehicle) being deemed by the Stock Exchange to be incapacitated for the purpose of performing his duties as a Director;

(iv)  the holder of such Class A Share (or, where the holder is a vehicle owned or controlled by a Director, the Director owning or controlling such vehicle) being deemed by the Stock Exchange to no longer meet the requirements of a director set out in the Listing Rules; or

(v)  the transfer to another person of the beneficial ownership of, or economic interest in, those shares or the control over the voting rights attached to them (through voting proxies or otherwise), other than (A) the grant of any encumbrance, lien or mortgage over such share which does not result in the transfer of the legal title or beneficial ownership of, or the voting rights attached to, such share, until the same is transferred upon the enforcement of such encumbrance, lien or mortgage; (B) a transfer by a Director to a vehicle wholly owned or wholly controlled by him, or by a vehicle wholly owned or wholly controlled by a Director to such Director or another vehicle wholly owned or wholly controlled by him and (C) any transfer of legal title to such share by a holder of Class A Shares to a limited partnership, trust, private company or other vehicle which holds Class A Shares on behalf of such holder.

(g)  *Cessation of weighted voting rights*

All of the Class A Shares in the authorized share capital shall be automatically re-designated into Class B Shares in the event all of the Class A Shares in issue are converted into Class B Shares, and no further Class A Shares shall be issued by the Company.

(h)  *Shares to rank pari passu*

Save and except for the rights, preferences, privileges and restrictions set out in this paragraph 2.1, the Class A Shares and the Class B Shares shall rank pari passu in all other respects and shall have the same rights, preferences, privileges and restrictions.

2.2  Directors

(a)  *Number of Directors*

The number of Directors shall not be less than two. So long as shares are listed on the Stock Exchange, the Board shall consist of not less than one-third and less than one-half of independent non-executive Directors.

(b)  *Power to allot and issue Shares*

Subject to the provisions of the Cayman Companies Law and the Memorandum and Articles of Association, the unissued shares in the Company (whether forming part of its original or any increased capital) shall be at the disposal of the Directors, who may offer, allot, grant options over or otherwise dispose of them to such persons, at such times and for such consideration, and upon such terms, as the Directors shall determine.

Subject to the provisions of the Articles of Association and to any direction that may be given by the Company in general meeting and without prejudice to any special rights conferred on the holders of any existing shares or attaching to any class of shares, any share may be issued with or have attached thereto such preferred, deferred, qualified or other special rights or restrictions, whether in regard to dividend, voting, return of capital or otherwise, and to such persons at such times and for

# Exhibit B

UNCLASSIFIED//FOR OFFICIAL USE ONLY



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

JUN 2 4 2020

The Honorable Tom Cotton
United States Senate
Washington, DC 20510

Dear Senator Cotton:

Thank you for your letter identifying section 1237 of the National Defense Authorization Act for FY 1999, as amended, as a potential tool to support our efforts to compete with China. I agree with your assessment that long-term, steady-state competition with China is one of the defining challenges of our time. It is imperative that we review all tools at our disposal to ensure that our exchanges with China do not harm our national security or economic competitiveness.

To answer your specific questions:

"When was this list of Communist Chinese military companies operating in the United States last updated by the Department of Defense?"

The 106th Congress directed the Department of Defense (DoD) to take action. Upon learning this, my staff developed a methodology and produced an initial list of companies that meet the congressionally-directed criteria in section 1237. DoD has coordinated with executive branch agencies and is providing Congress our initial findings.

"As part of your commitment to achieving the goals set out in the 2018 National Defense Strategy, will you commit to updating and publicly releasing this list as soon as possible?"

The enclosed list has been cleared for public release. Thank you for your attention to this issue, and we look forward to continued engagement.

Sincerely,

David Norquist

Enclosure:
As stated

# Exhibit C

## Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105–261)

Aviation Industry Corporation of China (AVIC)

**CLEARED**
**For Open Publication**

Jun 12, 2020

China Aerospace Science and Technology Corporation (CASC)

China Aerospace Science and Industry Corporation (CASIC)

Department of Defense
OFFICE OF PREPUBLICATION AND SECURITY REVIEW

China Electronics Technology Group Corporation (CETC)

China South Industries Group Corporation (CSGC)

China Shipbuilding Industry Corporation (CSIC)

China State Shipbuilding Corporation (CSSC)

China North Industries Group Corporation (Norinco Group)

Hangzhou Hikvision Digital Technology Co., Ltd. (Hikvision)

Huawei

Inspur Group

Aero Engine Corporation of China

China Railway Construction Corporation (CRCC)

CRRC Corp.

Panda Electronics Group

Dawning Information Industry Co (Sugon)

China Mobile Communications Group

China General Nuclear Power Corp.

China National Nuclear Corp.

China Telecommunications Corp.

20-S-1496

# Exhibit D

**<u>Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105–261)</u>**

China Communications Construction Company (CCCC)

China Academy of Launch Vehicle Technology (CALT)

China Spacesat

China United Network Communications Group Co Ltd

China Electronics Corporation (CEC)

China National Chemical Engineering Group Co., Ltd. (CNCEC)

China National Chemical Corporation (ChemChina)

Sinochem Group Co Ltd

China State Construction Group Co., Ltd.

China Three Gorges Corporation Limited

China Nuclear Engineering & Construction Corporation (CNECC)

# Exhibit E



### IMMEDIATE RELEASE

# DOD Releases List of Additional Companies, in Accordance with Section 1237 of FY99 NDAA

AUG. 28, 2020

  

Today, the Department of Defense released the names of additional "Communist Chinese military companies" operating directly or indirectly in the United States in accordance with the statutory requirement of Section 1237 of the National Defense Authorization Act for Fiscal Year 1999, as amended.

The Department is determined to highlight and counter the People's Republic of China's (PRC) Military-Civil Fusion development strategy, which supports the modernization goals of the People's Liberation Army (PLA) by ensuring its access to advanced technologies and expertise acquired and developed by even those PRC companies, universities, and research programs that appear to be civilian entities.

The Department released its initial list of companies to Congress in June 2020 and will continue to update the list with additional entities as appropriate.

For the latest list, click here.

For the initial list, click here.

  

# Exhibit F

**<u>Qualifying Entities Prepared in Response to Section 1237 of the National Defense
Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105–261)</u>**

**Tranche 4**

China Construction Technology Co. Ltd. (CCTC)

China International Engineering Consulting Corp. (CIECC)

China National Offshore Oil Corp. (CNOOC)

Semiconductor Manufacturing International Corp. (SMIC)

# Exhibit G



# Release

IMMEDIATE RELEASE

## DOD Releases List of Additional Companies, In Accordance With Section 1237 of FY99 NDAA

DEC. 3, 2020



Today, the Department of Defense released the names of additional "Communist Chinese military companies" operating directly or indirectly in the United States in accordance with the statutory requirement of Section 1237 of the National Defense Authorization Act for Fiscal Year 1999, as amended.

The Department is determined to highlight and counter the People's Republic of China's (PRC) Military-Civil Fusion development strategy, which supports the modernization goals of the People's Liberation Army (PLA) by ensuring its access to advanced technologies and expertise acquired and developed by even those PRC companies, universities, and research programs that appear to be civilian entities.

The Department released its initial list of companies to Congress in June 2020 and will continue to update the list with additional entities as appropriate.

For the list, click here.

For previous lists, click here and here.

  

# Exhibit H

**Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105–261)**

**Tranche 5**

Advanced Micro-Fabrication Equipment Inc. (AMEC)

Luokong Technology Corporation (LKCO)

Xiaomi Corporation

Beijing Zhongguancun Development Investment Center

GOWIN Semiconductor Corp

Grand China Air Co. Ltd. (GCAC)

Global Tone Communication Technology Co. Ltd. (GTCOM)

China National Aviation Holding Co. Ltd. (CNAH)

Commercial Aircraft Corporation of China, Ltd. (COMAC)

# Exhibit I



US DEPT OF **DEFENSE**

# Release

**IMMEDIATE RELEASE**

## DOD Releases List of Additional Companies, In Accordance with Section 1237 of FY99 NDAA

JAN. 14, 2021



Today, the Department of Defense released the names of additional "Communist Chinese military companies" operating directly or indirectly in the United States in accordance with the statutory requirement of Section 1237 of the National Defense Authorization Act for Fiscal Year 1999, as amended.

The Department is determined to highlight and counter the People's Republic of China's (PRC) Military-Civil Fusion development strategy, which supports the modernization goals of the People's Liberation Army (PLA) by ensuring its access to advanced technologies and expertise acquired and developed by even those PRC companies, universities, and research programs that appear to be civilian entities.

The Department released its initial list of companies to Congress in June 2020 and will continue to update the list with additional entities as appropriate.

For the latest list, click here.

For previous lists, click here, here and here.

