**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| XIAOMI CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:21-cv-00280-RC |
| DEPARTMENT OF DEFENSE, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction, it is this

_____ day of _____, 2021, hereby

ORDERED that the motion is GRANTED, and Defendants are thereby enjoined

from enforcing or implementing the Department of Defense's designation of Plaintiff Xiaomi

Corporation as Communist Chinese military company, and the resulting restrictions on

transactions in, and possession of, Xiaomi securities or derivatives of those securities, pursuant to

Executive Order 13959.

SO ORDERED.

Dated: _____

_____
The Honorable Rudolph Contreras
United States District Judge