AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Xiaomi Corp. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00280-RC |
| Department of Defense et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Xiaomi Corporation, Bin Lin, Peng Lin, and Stephen Sean English.

Date: 03/02/2021

/s/ S. Conrad Scott
*Attorney's signature*

S. Conrad Scott (DC Bar No. 1685829)
*Printed name and bar number*

Covington & Burling LLP
620 8th Ave.
New York, NY 10018

*Address*

cscott@cov.com
*E-mail address*

(212) 841-1000
*Telephone number*

(212) 841-1100
*FAX number*