## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

XIAOMI CORPORATION, et al.,

               Plaintiffs,

       v.

DEPARTMENT OF DEFENSE, et al.,

               Defendants.

Case No. 1:21-cv-00280-RC

### SUPPLEMENTAL DECLARATION OF BIN LIN

I, Bin Lin, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am a Co-Founder, an Executive Director, and Vice Chairman of the Board of Xiaomi Corporation ("Xiaomi"). Since the founding of the company, together with my Co-Founder, Lei Jun, I have been responsible for making important strategic decisions for the company and overseeing its day-to-day management. As a result of these experiences, I am familiar with Xiaomi's business, including its operations, strategy, and finances.

2.     This declaration is based on my personal knowledge and belief and upon my review of business records of Xiaomi and its subsidiaries.

3.     I previously submitted a declaration in this matter on February 17, 2021, in support of Plaintiffs' Motion for a Preliminary Injunction ("February Declaration"). I provide this Supplemental Declaration to address developments that have occurred since I signed my February Declaration, including to respond to points raised by the government in its opposition brief.

I.      **Lei Jun's 2019 Receipt of the "Outstanding Builders of Socialism with Chinese Characteristics" Award**

4.      I understand that the government has cited Lei Jun's 2019 receipt of the "Outstanding Builders of Socialism with Chinese Characteristics" award to support the government's assertion that Xiaomi is a Communist Chinese military company ("CCMC"). The government has asserted that this award was granted by the Ministry of Industry and Information Technology ("MIIT"), which the government claims is an organization of the Chinese government that helps manage military-civil fusion for the state.

5.      The government does not provide a complete and accurate description of the award that Lei Jun won. The "Outstanding Builders of Socialism with Chinese Characteristics" is a national award granted to entrepreneurs from the private sector in recognition of their overall contribution to China's economic development.[1] The award has been given on five occasions since 2004 to approximately 500 entrepreneurs and professionals in diverse fields such as apparel, food, real estate, and law.

6.      Candidates for this national award are nominated by their municipal districts, vetted by their cities, and jointly reviewed and approved by a committee consisting of several Chinese government ministries with responsibilities relating to economic issues.[2] These ministries include

---

[1] *See China Honors Outstanding Builders of Socialism with Chinese Characteristics*, Xinhua (Apr. 29, 2019), Ex. A.  True and correct copies of this news article and the other sources cited in this declaration are attached (with translations, as applicable) as exhibits to this declaration.

[2] *See* Cent. People's Gov't of People's Republic of China, Circular from Five Departments Regarding Selecting Outstanding Builders of Socialism with Chinese Characteristics (Jul. 22, 2009), Ex. B.

but are not limited to MIIT.[3] The prize is not part of any military-civil fusion program administered by MIIT.

7.     Lei Jun was nominated for the award by the Haidian District Municipality of Beijing.[4] There were fifty entrepreneurs on the Beijing list, and two (including Lei Jun) were ultimately given the national award.[5] Lei Jun was given the award in recognition of his long career as an entrepreneur, investor and engineer.   Other award recipients included Youbin Leng, the Chairman of Heilongjiang Feihe Dairy Co., a leading Chinese producer of powdered milk and infant formula; Huabi Tao, the Chairman of Guiyang Nanming Laoganma Flavor Food Co., which makes a series of well-known chili sauces; Yinhui Li, the chairman of Qinghai Huzhu Barley Wine Co., which produces barley wine and other beverages; and Shaoxiong Zhou, Chairman of Fujian Septwolves Industry Co., a well-known men's apparel company.[6] Besides Xiaomi, none of the companies led by the entrepreneurs who received the award in 2019 have been designated as CCMCs.

## II.     Xiaomi's Investment in New Technologies

8.     I understand that the government has also cited Xiaomi's public statements that it plans to invest in technology that integrates the fifth-generation technology standard for broadband

---

[3] *See, e.g.*, List of the Fifth Beijing Outstanding Builders of Socialism with Chinese Characteristics, Qianlong (Nov. 19, 2018), Ex. C.

[4] *Id.*

[5] *Id.*; Xinhua News Agency, Fifth National Non-Public Ownership Economy Personnel List of Outstanding Builders of Socialism with Chinese Characteristics (Aug. 30, 2019), Ex. D.

[6] *See* About Us, Feihei Infant Formula, https://www.chinafeiheir.com/EnInvestor/ CorporateInformation (last accessed Mar. 4, 2021); Homepage (English), Lao Gan Ma, http://en.laoganma.com.cn/ (last accessed Mar. 4, 2021); Company Profile, Qinghai Huzhu Barley Wine Co., Ltd., http://www.002646.com/about (last accessed Mar. 4, 2021) (translation attached as Exhibit E); About, Septwolves, http://www.septwolves-group.com/group (last accessed Mar. 4, 2021) (translation attached as Exhibit F).

cellular networks ("5G"), artificial intelligence ("AI"), and the Internet of Things ("IoT").  As our Annual Report explained, our efforts are aimed at continual improvement of the consumer electronics products we make.  5G and AI-enabled technologies are becoming industry-standard for consumer electronics devices, and are being offered by our key competitors.  For instance,  5G is the new standard for wireless networks, and is supported by recent premium model smartphones offered by our key competitors.  Our smartphones (and certain wireless consumer electronics products) would become obsolete if they did not support 5G.  Similarly, with respect to AI, we are working to improve the user experience of our consumer electronics products, such as taking better night-scene photos or having a more user-friendly interactive voice assistant on our smartphones.  Like 5G support, these technologies are becoming increasingly important and ubiquitous features in consumer electronics products and are offered by our key competitors.  As with our products more generally, none of our 5G or AI technologies are designed for any military purpose.

**III.    The Designation of Xiaomi as a CCMC and the Restrictions on Xiaomi Securities Are Continuing to Cause Irreparable Harm to the Company and Its Employees.**

9.      As I explained in my February Declaration, the designation of Xiaomi as a CCMC (the "Designation") and the restrictions imposed on U.S. persons' trading in, or possession of, Xiaomi's publicly traded securities and derivatives of those securities (the "Restrictions") have already begun to cause significant, irreparable harm to Xiaomi and its employees.  Since I executed my February Declaration, those harms have multiplied.

10.     The Designation and Restrictions already have damaged our reputation and goodwill in the marketplace, harming our relationships with our customers and reducing our sales. For example, on February 22, 2021, one of our key European customers notified us that because of Xiaomi's dispute with the U.S. government over the Designation, the customer would no longer be moving forward with a previously planned strategic partnership with Xiaomi, under which it

4

would have entered into a supply contract to purchase 550,000 Xiaomi mobile phones in 2021. Because of the suspension of this strategic partnership, the customer will not be purchasing those phones.

11.     Similarly, a major British telecommunications services provider recently notified us that as a result of the Designation and Restrictions, it will not be offering Xiaomi phones to its customers until at least the second quarter of 2022.  And another customer has notified us that it has decided to focus on other brands—our direct competitors—rather than Xiaomi, due to the Designation and Restrictions.  Dozens of other corporate customers and business partners have reached out to us to discuss, and to express their concerns with, the Designation and Restrictions. The Designation and Restrictions have harmed our relationships with these companies, significantly weakening our bargaining position in our commercial negotiations.

12.     Since I executed my February Declaration, Morgan Stanley, JPMorgan Chase, and Goldman Sachs announced that, because of the Designation and Restrictions, on March 15, 2021, they will suspend trading of all structured warrants that are issued by their Hong Kong-based affiliates and linked to Xiaomi shares.  They will also terminate early, and withdraw their Hong Kong Stock Exchange listings of, these products on March 19, 2021.  Warrants are a type of derivative that give the holder the option to buy or sell a stock at a specific price within a certain time frame (or, in some instances, are structured to provide a pre-determined payment depending on the market price of the underlying stock at a specified measurement date).  While these structured warrant products are issued directly by the investment banks, and Xiaomi does not participate in these transactions, the existence of these transactions (which are common in the Hong Kong market) is nonetheless an important part of the market for Xiaomi shares (including

because institutions that issue these warrants typically hedge their exposures by acquiring Xiaomi shares or derivatives linked to those shares).

13.     The early termination and delisting of these Xiaomi structured warrants will significantly harm Xiaomi, distorting the market for Xiaomi shares to the detriment of Xiaomi and its investors.  For example, the early termination and delisting will force the banks that have announced early termination of these products to unwind hedging transactions relating to these products.  More broadly, this early termination and delisting due to the imposition of the Designation and the Restrictions signal to investors that Xiaomi shares (or products related thereto) are not safe or reliable investments.

14.     These financial institutions' announcements of the early termination and suspension of trading  of their structured warrants linked to Xiaomi shares are attached as Exhibit G (Morgan Stanley), Exhibit H (JPMorgan Chase), and Exhibit I (Goldman Sachs).

15.     The Designation and Restrictions have already had, and will continue to have, serious adverse effects on Xiaomi's ability to retain talented employees.  As a direct result of the Designation and Restrictions, Xiaomi's Senior Director of Corporate Finance and Corporate Secretary—a U.S. citizen—has resigned from the company.  Our Corporate Secretary was a high level member of Xiaomi's management team, and he brought unique skills and talent to the company.  His key responsibilities included overseeing our financial reports and other capital market-related disclosures, communicating with investors, and executing major M&A deals.  In resigning, our Corporate Secretary cited his concern that he would no longer be able to receive stock-based compensation, which previously accounted for a large share of his compensation package, and his concern that the Designation and Restrictions could lead to a significant reduction in his workload.  His departure is not only a serious blow in terms of his direct contributions to the

company, but given the outward-facing profile of his role, his departure also sends a damaging signal to the marketplace about Xiaomi's future prospects.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 5, 2021.

_____

Bin Lin

# Exhibit A

# China honors outstanding builders of socialism with Chinese characteristics

xinhuanet.com/english/2019-08/29/c_138348680.htm



*Source: Xinhua| 2019-08-29 21:05:59|Editor: huaxia*

Video PlayerClose



Wang Yang (L, Front), a member of the Standing Committee of the Political Bureau of the Communist Party of China Central Committee and chairman of the National Committee of the Chinese People's Political Consultative Conference (CPPCC), meets with the title winners before the honoring ceremony to award the "Outstanding Builders of Socialism with Chinese Characteristics" in Beijing, capital of China, Aug. 29, 2019. (Xinhua/Li Tao)

BEIJING, Aug. 29 (Xinhua) -- One hundred individuals from the non-public sector of the economy or belonging to new social groups were awarded the title of "Outstanding Builders of Socialism with Chinese Characteristics" Thursday.

Wang Yang, chairman of the National Committee of the Chinese People's Political Consultative Conference, stressed the importance of promoting healthy growth of the non-public sector of the economy, encouraging those working in this sector to achieve success, and uniting them for the endeavors to revitalize the Chinese nation, while addressing an honoring ceremony held in Beijing.

He encouraged the title winners to be models of patriotism, professional excellence, law-abiding business, innovation and entrepreneurship, and social responsibility.

Calling for a firm pursuit of high-quality development path, Wang urged them to focus on their respective sectors and industries, promote quality workmanship and work to transform "made-in-China" into "created-in-China," Chinese speed into Chinese quality, and Chinese products into Chinese brands.

1 2 Next

# China honors outstanding builders of socialism with Chinese characteristics



xinhuanet.com/english/2019-08/29/c_138348680_2.htm

*Source: Xinhua| 2019-08-29 21:05:59|Editor: huaxia*

Video PlayerClose



Wang Yang, a member of the Standing Committee of the Political Bureau of the Communist Party of China Central Committee and chairman of the National Committee of the Chinese People's Political Consultative Conference (CPPCC), speaks at the honoring ceremony to award the "Outstanding Builders of Socialism with Chinese Characteristics" in Beijing, capital of China, Aug. 29, 2019. (Xinhua/Li Tao)

Prev 1 2

# Exhibit B



中华人民共和国中央人民政府
The Central People's Government of the People's Republic of China
www.GOV.cn

网站首页 | 今日中国 | 中国概况 | 法律法规 | 公文公报 | 政务互动 | 政府建设 | 工作动态 | 人事任免 | 新闻发布

当前位置： 首页>> 今日中国>> 中国要闻

# 五部门通知评选优秀中国特色社会主义事业建设者

中央政府门户网站 www.gov.cn 2009年07月22日 07时16分 来源：人民日报

【字体：大 中 小】【E-mail推荐 _____ 发送 】 打印本页 关闭窗口

　　中共中央统战部、工业和信息化部、人力资源和社会保障部、国家工商总局和全国工商联日前联合发出通知，在全国开展第三届优秀中国特色社会主义事业建设者评选表彰活动。

　　5部门已组成评选委员会，并在日前召开各省、自治区、直辖市党委统战部、工商联主要负责人座谈会，部署推荐评选活动。

　　凡在工商局依法注册登记并从事生产经营的个人独资企业的投资人、合伙企业中的普通合伙人、私营有限责任公司和股份有限公司中的控股股东、受聘于外资企业的中方高级管理人员、个体工商户以及民办非企业单位、社会中介组织的主要自然人出资者中，为中国特色社会主义事业做出突出贡献者，均可参与评选。个体工商户等将是首次被纳入推荐评选范围。

　　推荐评选条件将更加科学全面。主要是坚决拥护中国共产党领导和社会主义制度，拥护党的路线、方针、政策，坚定走中国特色社会主义道路，贯彻落实科学发展观，企业管理制度完善、资产质量较高、财务状况良好，及时足额缴纳员工社会保险；党、团和工会组织健全并发挥了较好作用，做到爱国、敬业、诚信、守法、贡献，在本地区和同行业中起表率作用；特别是在积极履行社会责任、安全生产、保护环境、参与社会公益事业、抗击自然灾害方面，在应对国际金融危机中保增长、保民生、保稳定方面，在创立自主品牌和自主知识产权、新技术开发推广方面，在企业文化建设等方面要有突出表现。

　　本次评选表彰名额为100名。受到表彰的人员，将由5部门联合授予"优秀中国特色社会主义事业建设者"荣誉称号，颁发奖章和证书。

相关链接

- 中共中央、国务院致全国工商联会员代表大会贺词
- 中央统战部统计：统一战线已为灾区捐赠近80亿元
- 中央统战部和首都出版界向青海捐赠17万册图书
- 全国政协办公厅中共中央统战部举行招待会

图片图表



李源潮出席纪念"三八"国际妇女节
暨全国三八红旗手表彰大会并讲话



纪念"三八"国际妇女节暨全国三八红
旗手(集体)表彰大会举行



杨洁篪会见英国国际开发大臣



英国首相卡梅伦会见杨洁篪



黄韩侯铁路侯西段电气化复线施工
进展顺利



贵阳：开春招聘忙

栏目推荐

| 领导活动 | 人事任免 | 网上直播 | 在线访谈 | 政务要闻 | 执法监管 |
| 最新文件 | 法律法规 | 央企在线 | 新闻发布 | 应急管理 | 服务信息 |

（责任编辑：刘艳丹 ） 【纠错】 打印本页 关闭窗口

Copyright©2013 www.gov.cn
All Rights Reserved
版权所有：中国政府网

**Circular from Five Departments Regarding Selecting Outstanding Builders of Socialism with Chinese Characteristics**

The United Front Work Department of the CPC Central Committee, the Ministry of Industry and Information Technology, the Ministry of Human Resources and Social Security, the State Administration for Industry and Commerce and the All-China Federation of Industry and Commerce have jointly issued a circular recently to launch the selection and commendation for the Third National Outstanding Builders of Socialism with Chinese Characteristics.

The five departments have formed a selection committee, and held a meeting with directors of United Front Work Department and the Federation of Industry and Commerce at provincial/autonomous regional/municipal levels, organizing and discussing the selection matters.

Investors of sole proprietorships registered at the Administration for Industry and Commerce and in legal operation, general partners of partnerships, controlling shareholders in private limited liability companies and corporations, senior managers with Chinese nationality employed by foreign-funded enterprises, owners of individual owned businesses, major investors of private non-enterprise units, and social intermediary organizations, who have made outstanding contributions to the socialism with Chinese characteristics, can participate in the selection. It will be the first time to recommend owner of individual owned businesses.

The recommended selection conditions will be more scientific and comprehensive. The major consideration is that the candidate has to support the principles, guidelines, and policies of the Party, follow socialist rules with Chinese characteristics, and implement the Scientific Outlook on Development principle. Also, the candidate has to implement complete enterprise management systems, owns high-quality assets, has good financial status, and timely pays employee social insurance in full amounts Meanwhile, the Party, League, and trade union are well organized and play positive role in the corporation owned by such candidate. Candidate must be patriotic, dedicated, honest, law-abiding, hardworking, and plays a leading role in the region and the industry, especially from perspectives such as taking social responsibilities, ensuring safe production, protecting environment, participating in public service and charity, and fighting against natural disasters. Furthermore, candidate has to make great contributions during the international financial crisis in terms of ensuring economic growth, people's livelihood, and maintaining stability.  Finally, the candidate has to make outstanding contributions to develop independent brands, intellectual property, new technologies, and good corporate cultures.

The number of recipients for this Award is 100. Recipients will be jointly awarded the title of national "Excellent Builders of Socialism with Chinese Characteristics" by the five departments, and will be awarded medals and certificates.

# Exhibit C



首页          今日北京          北京          采访          评论
图像          视频            动漫          图表          更多+

# 第五届北京市优秀中国特色社会主义事业建设者拟表彰人员公示名单

2018-11-19 08:01 北京日报

------------------------------------------------------------------------

来源标题：第五届北京市优秀中国特色社会主义事业建设者拟表彰人员公示名单

近年来，北京市广大非公有制经济人士和新的社会阶层人士围绕首都城市战略定位，聚焦"三件大事"和"三大攻坚战"，主动作为、自主创新，为北京高质量发展作出了重要贡献，涌现出一大批先进人物。为树立典型、表彰先进，市委统战部、市委社会工委、市经济和信息化局、市人力社保局、市市场监管局、市工商联决定，联合开展第五届北京市优秀中国特色社会主义事业建设者评选表彰活动。

经各单位推荐，相关部门评议，产生了拟表彰人员名单，现予以公示（共50人，按姓氏笔画排序）。

公示期为2018年11月19日-11月23日。

联 系 人：郑蕾、朱晓宇

监督电话：63089257、63089178、63089243（传真）

联系地址：东城区台基厂大街3号市委统战部工商经济处

电子邮箱：tzbgsjjc@163.com

第五届北京市优秀中国特色社会主义事业建设者评选委员会办公室

2018年11月19日



1.于冬笑，男，1974年5月出生，汇通投资有限公司董事长；市商会副会长，西城区政协委员、区工商联副主席。

推荐单位：西城区

Case 1:21-cv-00280-RC Document 18-1 Filed 03/05/21 Page 19 of 115



    2.马立民，男，1971年11月出生，北京约基工业股份有限公司董事长；市工商联执委，通州区政协委员、区工商联副主席。

    推荐单位：通州区



3.马菘元，男，1975年1月出生，北京罗麦科技有限公司总经理；怀柔区工商联副主席。

推荐单位：怀柔区



4.王兴，男，1979年2月出生，北京三快在线科技有限公司创始人兼CEO；全国工商联执委。

推荐单位：海淀区



5.王文胜，男，1970年3月出生，北京百灵天地环保科技股份有限公司董事长；市工商联常委。

推荐单位：市商会

Case 1:21-cv-00280-RC　Document 18-1　Filed 03/05/21　Page 23 of 115



　　6.王庆国，男，1970年3月出生，北京中博海工贸有限公司董事长；顺义区政协常委、区工商联主席。

　　推荐单位：顺义区



7.王高飞，男， 1978年5月出生，微梦创科网络科技（中国）有限公司CEO；市政协委员。

推荐单位：北京新联会



16.刘爱森，男，1972年10月出生，森特士兴集团股份有限公司董事长；市政协委员，市工商联副主席。

推荐单位：大兴区

Case 1:21-cv-00280-RC Document 18-1 Filed 03/05/21 Page 26 of 115



15.刘家成，男，1965年10月出生，导演，新沂诚成影业发展有限公司艺术总监；全国政协委员。

推荐单位：北京新联会



14.刘东晖，男，1977年4月出生，北京日东升投资有限责任公司董事长；市政协委员，市工商联执委，石景山区政协常委、区工商联副主席。

推荐单位：石景山区



13.刘长安，男，1967年12月出生，北京凯达恒业农业技术开发有限公司董事长兼总经理；市人大代表，市工商联执委，房山区政协常委、区工商联执委。

推荐单位：房山区



12.任壮，男，1976年11月出生，北京易魔方科技集团有限公司董事长、北京知诚民营企业财税与金融服务促进会会长；市工商联常委。

推荐单位：市商会

Case 1:21-cv-00280-RC　Document 18-1　Filed 03/05/21　Page 30 of 115



　　11.田崇华，男，1973年8月出生，北京味食源食品科技有限责任公司董事长；平谷区政协委员、区工商联副主席。

　　推荐单位：平谷区



10.史长清，男，1963年6月出生，北京四美国际企业管理有限公司董事长；通州区政协常委、区工商联副主席。

推荐单位：通州区



9.付立家，男，1963年11月出生，北京亚东生物制药有限公司总经理；市工商联执委，昌平区政协委员、区商会副会长。

推荐单位：昌平区



8.王锡娟，女，1961年3月出生，北京康辰药业股份有限公司董事长；海淀区政协委员。

推荐单位：密云区



17.吕保明，男，1969年8月出生，北京万兴建筑集团有限公司董事长；大兴区政协委员。

推荐单位：大兴区



18.孙子强，男，1964年1月出生，SK集团顾问；市政协委员。

推荐单位：北京新联会



19.朱向晨，男，1956年12月6日出生，北京石京龙滑雪娱乐有限公司董事长兼总经理；市政协委员，延庆区政协常委、区工商联副主席。

推荐单位：延庆区



20.闫文辉，男，1966年9月出生，东方时尚驾驶学校股份有限公司总经理；市工商联执委，大兴区政协委员，区工商联副主席。

推荐单位：大兴区

Case 1:21-cv-00280-RC Document 18-1 Filed 03/05/21 Page 38 of 115



21.张兵，男，1963年8月出生，北京华冠商业科技发展有限公司董事长；市人大代表、房山区人大常委、区工商联副主席。

推荐单位：房山区

Case 1:21-cv-00280-RC　Document 18-1　Filed 03/05/21　Page 39 of 115



22.张涛，女，1974年1月出生，北京荣涛豌豆产销专业合作社社长、北京荣涛食品有限公司总经理；市人大代表，平谷区人大常委、区商会副会长。

推荐单位：平谷区



23.张萌，女，1986年5月出生，早起文创（北京）科技有限公司董事长；市工商联执委，朝阳区商会副会长。

推荐单位：朝阳区



24.张一春，男，1973年5月出生，中商惠民（北京）电子商务有限公司董事长；市政协委员，市商会副会长，朝阳区政协委员、区工商联副主席。

推荐单位：朝阳区

Case 1:21-cv-00280-RC　Document 18-1　Filed 03/05/21　Page 42 of 115



25.张东明，男，1965年3月出生，御德金同益控股集团有限公司董事长；通州区政协委员、区工商联副主席。

推荐单位：通州区



34.陈向宏，男，1963年7月出生，北京古北水镇旅游有限公司总裁。

推荐单位：密云区

Case 1:21-cv-00280-RC Document 18-1 Filed 03/05/21 Page 44 of 115



33.沈开涛，男，1964年1月出生，江泰保险经纪股份有限公司董事长兼CEO；市政协委员、门头沟区政协委员。

推荐单位：门头沟区



　　32.杨洁，女，1964年3月出生，北京大道信通科技股份有限公司执行董事；市工商联执委、东城区人大代表、区工商联副主席。

　　推荐单位：东城区



31.李晓东，男，1962年12月出生，北京大星发商贸有限公司董事长；怀柔区政协委员，区商会副会长。

推荐单位：怀柔区



30.李永旺，男，1963年4月出生，中科合成油技术有限公司总经理；怀柔区政协副主席。

推荐单位：怀柔区



29.李明，男，1962年7月出生，恒祥基业投资有限公司董事长；市政协委员、市商会副会长，朝阳区政协常委、区工商联副主席。

推荐单位：市商会



　　28.李平，男，1967年3月出生，北京东土科技股份有限公司董事长；市工商联执委，石景山区工商联副主席。

　　推荐单位：石景山区



27.张涌森，男，1962年9月出生，钱江弹簧（北京）有限公司董事长兼总经理；市工商联常委，顺义区政协常委、区工商联副主席。

推荐单位：顺义区



26.张凌云，男，1976年10月出生，掌阅科技股份有限公司创始人兼总裁；市政协委员，市工商联常委，朝阳区政协委员、区商会副会长。

推荐单位：朝阳区



35.周鸿祎，男，1970年10月出生，360集团董事长兼CEO；全国政协委员。

推荐单位：北京新联会



36.范树奎，男，1968年6月出生，中联资产评估集团有限公司董事长；全国政协委员。

推荐单位：北京新联会

Case 1:21-cv-00280-RC Document 18-1 Filed 03/05/21 Page 54 of 115



37.郑小丹，女，1979年5月出生，北京元六鸿远电子科技股份有限公司副董事长；丰台区政协委员、区工商联副主席。

推荐单位：丰台区

Case 1:21-cv-00280-RC Document 18-1 Filed 03/05/21 Page 55 of 115



38.郑洪坤，男，1980年10月出生，北京百迈客生物科技有限公司董事长兼CEO 。

推荐单位：顺义区



39.赵毅武，男，1966年6月出生，北京纳通科技集团有限公司董事长；全国政协委员，市政协委员、市工商联副主席，海淀区政协委员，海淀区商会副会长。

推荐单位：市商会



40.郜春海，男，1970年11月出生，交控科技股份有限公司董事长兼总裁；市人大代表、丰台区政协委员。

推荐单位：丰台区

Case 1:21-cv-00280-RC Document 18-1 Filed 03/05/21 Page 58 of 115



41.夏华，女，1969年3月出生，依文服饰股份有限公司董事长；市人大代表。

推荐单位：丰台区



42.夏曙东，男，1972年10月出生，北京千方科技股份有限公司董事长兼总经理；市政协委员、市工商联副主席。

推荐单位：市商会

Case 1:21-cv-00280-RC Document 18-1 Filed 03/05/21 Page 60 of 115



43.顾小锋，男，1963年5月出生，北京格林伟迪科技股份有限公司董事长，市商会副会长，海淀区政协委员、区工商联副主席。

推荐单位：海淀区



　　44.高磊，男，1965年1月出生，瑞斯康达科技发展股份有限公司董事长兼总经理；海淀区工商联副主席。

　　推荐单位：海淀区



45.常鹏，男，1973年4月出生，北京裕昌置业集团董事长兼总裁；西城区人大代表，区工商联副主席。

推荐单位：西城区



46.黄孝斌，男，1972年10月出生，北京时代凌宇科技股份有限公司董事长兼总裁；市政协委员，市工商联执委。

推荐单位：朝阳区



47.甄军，男，1969年11月出生，北京东方嘉诚文化产业发展有限公司董事长；东城区政协委员、区工商联常委。

推荐单位：东城区



48.解江冰，男，1972年11月出生，爱博诺德（北京）医疗科技有限公司董事长兼总经理；市人大代表、市工商联执委，昌平区政协委员、区工商联副主席。

推荐单位：昌平区



49.雷军，男，汉族，1969年12月出生，小米集团创始人、董事长兼CEO；全国人大代表、全国工商联副主席，市工商联副主席。

推荐单位：海淀区



50.潘晓军，男，1966年3月出生，北京泰宁科创雨水利用技术股份有限公司董事长；市人大代表、市工商联常委；昌平区政协常委、区工商联副主席。

推荐单位：昌平区

责任编辑：贾玉静（QC0005）

© 北京千龙新闻网络传播有限责任公司版权所有

未经千龙新闻网书面特别授权，请勿转载或建立镜像，违者依法必究

举报　千龙网文明办网举报热线：84686999，举报邮箱：qljbzx@126.com

**Public List of Individuals to be Awarded the Fifth Beijing Outstanding Builders of Socialism with Chinese Characteristics**

2018-11-19 08:01 Beijing Daily

Source Title: Public List of Individuals to be Awarded the Fifth Beijing Outstanding Builders of Socialism with Chinese Characteristics

In recent years, a large number individuals from private sector and new social classes have acted actively and innovatively and have made great contributions to the development of Beijing by following the strategy of capital city and focusing on the "Three Major Events[1]" and "Three Tough Battles[2]" policies. In order to set up role models and award people who made contributions, the United Front Work Department of Beijing City, the Social Work Committee of Beijing City, the municipal Bureau of Economics and Information Technology, the municipal Human Resources and Social Security Bureau, the municipal Market Supervision Bureau, and the municipal Federation of Industry and Commerce decided to jointly launch the Fifth Beijing Outstanding Builders of Socialism with Chinese Characteristics selection and commendation.

After the recommendation of various units and review of relevant departments, a list of recipients has been generated, which is now publicly announced (a total of 50 individuals, sorted by strokes of surnames).

The public notice period is from November 19th to November 23rd, 2018.

Contact person: Zheng Lei, Zhu Xiaoyu

Supervision telephone: 63089257, 63089178, 63089243 (fax)

Contact address: Industrial and Commercial Economics Division, United Front Work Department of the Beijing City, No. 3, Taijichang Street, Dongcheng District

Email: tzbgsjjc@163.com

Office of the Fifth Beijing Outstanding Builders of Socialism with Chinese Characteristics Review Committee

November 19, 2018

---

[1] "Three Major Events" refers to: City planning; coordinate with Hebei province and Tianjin city; prepare for the 2022 Beijing winter Olympics.

[2] "Three Tough Battles" refers to: take various measures to reduce financial risks; lift residents out of poverty; reduce air pollution.

1. Yu Dongxiao, male, born in May 1974, chairman of Huitong Investment Co., Ltd.; vice chairman of the Municipal Chamber of Commerce, member of the Xicheng District Chinese People's Political Consultative Conference ("CPPCC") , and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Xicheng District

2. Ma Limin, male, born in November 1971, chairman of Beijing Yueji Industrial Co., Ltd.; executive member of the Municipal Federation of Industry and Commerce, member of the Tongzhou District CPPCC, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Tongzhou District

3. Ma Sungyuan, male, born in January 1975, general manager of Beijing Luomai Technology Co., Ltd.; vice chairman of Huairou District Federation of Industry and Commerce.

Recommended unit: Huairou District

4. Wang Xing, male, born in February 1979, founder and CEO of Beijing Sankuai Online Technology Co., Ltd.; executive member of the All-China Federation of Industry and Commerce.

Recommended unit: Haidian District

5. Wang Wensheng, male, born in March 1970, chairman of Beijing Bailing Tiandi Environmental Protection Technology Co., Ltd.; member of the Standing Committee of the Municipal Federation of Industry and Commerce.

Recommended unit: City Chamber of Commerce

6. Wang Qingguo, male, born in March 1970, chairman of Beijing Zhongbohai Industry and Trade Co., Ltd.; member of the Standing Committee of the Shunyi District CPPCC and chairman of the District Federation of Industry and Commerce.

Recommended unit: Shunyi District

7. Wang Gaofei, male, born in May 1978, CEO of Microdream Network Technology (China) Co., Ltd.; member of Beijing City CPPCC.

Recommended unit: Beijing NSSA

16. Liu Aisen, male, born in October 1972, Chairman of Center International Group Co., Ltd.; member of the Beijing City CPPCC, vice chairman of the Municipal Federation of Industry and Commerce.

Recommended unit: Daxing District

15. Liu Jiacheng, male, born in October 1965, director, artistic director of Xinyi Chengcheng Film Development Co., Ltd.; member of the National CPPCC.

Recommended unit: Beijing New Social Stratum Association ("NSSA")

14. Liu Donghui, male, born in April 1977, chairman of Beijing Ridongsheng Investment Co., Ltd.; member of the Beijing City CPPCC, executive member of the Municipal Federation of Industry and Commerce, member of the Standing Committee of the Shijingshan District CPPCC, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Shijingshan District

13. Liu Changan, male, born in December 1967, chairman and general manager of Beijing Kaida Hengye Agricultural Technology Development Co., Ltd.; representative of the People's Congress of Beijing City, executive member of the Municipal Federation of Industry and Commerce, member of the Standing Committee of the Fangshan District Political Consultative Conference, and executive member of the District Federation of Industry and Commerce.

Recommended unit: Fangshan District

12. Ren Zhuang, male, born in November 1976, chairman of Beijing Yimofang Technology Group Co., Ltd., chairman of Beijing Zhicheng Private Enterprise Finance, Taxation and Financial Services Promotion Association; member of the Standing Committee of the Municipal Federation of Industry and Commerce.

Recommended unit: City Chamber of Commerce

11. Tian Chonghua, male, born in August 1973, chairman of Beijing Weishiyuan Food Technology Co., Ltd.; member of the CPPCC of Pinggu District and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Pinggu District

10. Shi Changqing, male, born in June 1963, Chairman of Beijing Simei International Enterprise Management Co., Ltd.; Member of the Standing Committee of the CPPCC of Tongzhou District and Vice Chairman of the District Federation of Industry and Commerce.

Recommended unit: Tongzhou District

9. Fu Lijia, male, born in November 1963, general manager of Beijing Yadong Biopharmaceutical Co., Ltd.; executive member of the Municipal Federation of Industry and Commerce, member of the CPPCC of Changping District, and vice chairman of the District Chamber of Commerce.

Recommended unit: Changping District

8. Wang Xijuan, female, born in March 1961, chairman of Beijing Kangchen Pharmaceutical Co., Ltd.; member of the Haidian District CPPCC.

Recommended unit: Miyun District

17. Lv Baoming, male, born in August 1969, chairman of Beijing Wanxing Construction Group Co., Ltd.; member of the CPPCC Daxing District.

Recommended unit: Daxing District

18. Sun Ziqiang, male, born in January 1964, consultant of SK Group; member of Beijing city CPPCC.

Recommended unit: Beijing NSSA

19. Zhu Xiangchen, male, born on December 6, 1956, chairman and general manager of Beijing Shijinglong Ski Entertainment Co., Ltd.; member of Beijing City CPPCC, member of the Standing Committee of the Yanqing District Political Consultative Conference, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Yanqing District

20. Yan Wenhui, male, born in September 1966, general manager of Oriental Shishang Driving School Co., Ltd.; executive member of the Municipal Federation of Industry and Commerce, member of the Daxing District CPPCC, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Daxing District

21. Zhang Bing, male, born in August 1963, chairman of Beijing Huaguan Commercial Technology Development Co., Ltd.; representative of the People's Congress of Beijing City, member of the Standing Committee of Fangshan District People's Congress, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Fangshan District

22. Zhang Tao, female, born in January 1974, president of Beijing Rongtao Pea Production and Marketing Cooperative, and general manager of Beijing Rongtao Food Co., Ltd.; representative of the People's Congress of Beijing City, member of the Standing Committee of the People's Congress of Pinggu District, and vice chairman of the District Chamber of Commerce.

Recommended unit: Pinggu District

23. Zhang Meng, female, born in May 1986, chairman of Zaoqi Wenchuang (Beijing) Technology Co., Ltd.; executive member of the Municipal Federation of Industry and Commerce, and vice chairman of the Chaoyang District Chamber of Commerce.

Recommended unit: Chaoyang District

24. Zhang Yichun, male, born in May 1973, chairman of China Merchants Huimin (Beijing) E-commerce Co., Ltd.; member of the CPPCC of Beijing City, vice chairman of the City Chamber of Commerce, member of the Chaoyang District CPPCC, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Chaoyang District

25. Zhang Dongming, male, born in March 1965, chairman of Yudejin Tongyi Holding Group Co., Ltd.; member of the Tongzhou District CPPCC and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Tongzhou District

34. Chen Xianghong, male, born in July 1963, President of Beijing Gubei Water Town Tourism Co., Ltd.

Recommended unit: Miyun District

33. Shen Kaitao, male, born in January 1964, Chairman and CEO of Jiangtai Insurance Brokers Co., Ltd.; member of the Beijing City CPPCC and member of the Mentougou District CPPCC.

Recommended unit: Mentougou District

32. Yang Jie, female, born in March 1964, executive director of Beijing Dadao Information Technology Co., Ltd.; executive member of the Municipal Federation of Industry and Commerce, representative of the Dongcheng District People's Congress, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Dongcheng District

31. Li Xiaodong, male, born in December 1962, chairman of Beijing Daxingfa Trading Co., Ltd.; member of the CPPCC of Huairou District and vice chairman of the District Chamber of Commerce.

Recommended unit: Huairou District

30. Li Yongwang, male, born in April 1963, general manager of Zhongke Synthetic Oil Technology Co., Ltd.; vice chairman of the CPPCC of Huairou District.

Recommended unit: Huairou District

29. Li Ming, male, born in July 1962, chairman of Hengxiang Foundation Investment Co., Ltd.; member of the Beijing City CPPCC, vice chairman of the Municipal Chamber of Commerce, member of the Standing Committee of the Chaoyang District CPPCC, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: City Chamber of Commerce

28. Li Ping, male, born in March 1967, chairman of Beijing Dongtu Technology Co., Ltd.; executive member of the Municipal Federation of Industry and Commerce, and vice chairman of the Shijingshan District Federation of Industry and Commerce.

Recommended unit: Shijingshan District

27. Zhang Yongsen, male, born in September 1962, chairman and general manager of Qianjiang Spring (Beijing) Co., Ltd.; member of the Standing Committee of the Municipal Federation of Industry and Commerce, member of the Standing Committee of the Shunyi District CPPCC, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Shunyi District

26. Zhang Lingyun, male, born in October 1976, founder and president of Zhangyue Technology Co., Ltd.; member of the Beijing City CPPCC, member of the Standing Committee of the Municipal Federation of Industry and Commerce, member of the Chaoyang District CPPCC, and vice chairman of the District Chamber of Commerce.

Recommended unit: Chaoyang District

35. Zhou Hongyi, male, born in October 1970, chairman and CEO of 360 Group; member of the National Committee of the CPPCC.

Recommended unit: Beijing NSSA

36. Fan Shukui, male, born in June 1968, Chairman of China United Assets Appraisal Group Co., Ltd.; member of the National Committee of the CPPCC.

Recommended unit: Beijing NSSA

37. Zheng Xiaodan, female, born in May 1979, vice chairman of Beijing Yuanliu Hongyuan Electronic Technology Co., Ltd.; member of the Fengtai District CPPCC and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Fengtai District

38. Zheng Hongkun, male, born in October 1980, Chairman and CEO of Beijing Biomarker Biotechnology Co., Ltd.

Recommended unit: Shunyi District

39. Zhao Yiwu, male, born in June 1966, chairman of Beijing Natong Technology Group Co., Ltd.; member of the National Committee of the CPPCC, member of the Beijing City CPPCC, vice chairman of the Municipal Federation of Industry and Commerce, member of the Haidian District CPPCC, and vice chairman of the Haidian District Chamber of Commerce.

Recommended unit: City Chamber of Commerce

40. Gao Chunhai, male, born in November 1970, Chairman and President of Traffic Control Technology Co., Ltd.; representative of the Beijing City People's Congress and member of the Fengtai District CPPCC.

Recommended unit: Fengtai District

41. Xia Hua, female, born in March 1969, Chairman of Yiwen Apparel Co., Ltd.; representative of the People's Congress of Beijing City.

Recommended unit: Fengtai District

42. Xia Shudong, male, born in October 1972, chairman and general manager of Beijing Qianfang Technology Co., Ltd.; member of the Beijing City CPPCC and vice chairman of the Beijing Federation of Industry and Commerce.

Recommended unit: City Chamber of Commerce

43. Gu Xiaofeng, male, born in May 1963, chairman of Beijing Greenved Technology Co., Ltd., vice chairman of the Municipal Chamber of Commerce, member of the Haidian District CPPCC, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Haidian District

44. Gao Lei, male, born in January 1965, chairman and general manager of Rascomda Technology Development Co., Ltd.; vice chairman of Haidian District Federation of Industry and Commerce.

Recommended unit: Haidian District

45. Chang Peng, male, born in April 1973, chairman and president of Beijing Yuchang Real Estate Group; representative of the Xicheng District People's Congress, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Xicheng District

46. Huang Xiaobin, male, born in October 1972, chairman and president of Beijing Shidai Lingyu Technology Co., Ltd.; member of the Beijing City CPPCC, executive member of the Municipal Federation of Industry and Commerce.

Recommended unit: Chaoyang District

47. Zhen Jun, male, born in November 1969, chairman of Beijing Oriental Jiacheng Cultural Industry Development Co., Ltd.; member of the Dongcheng District CPPCC and member of the Standing Committee of the District Federation of Industry and Commerce.

Recommended unit: Dongcheng District

48. Xie Jiangbing, male, born in November 1972, chairman and general manager of Aibo Nord (Beijing) Medical Technology Co., Ltd.; representative of the Beijing City People's Congress, executive member of the Municipal Federation of Industry and Commerce, member of the CPPCC of Changping District, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Changping District

49. Lei Jun, male, the Han nationality, born in December 1969, founder, chairman and CEO of Xiaomi Group; member of the National People's Congress, vice chairman of the All-China Federation of Industry and Commerce, and vice chairman of the Municipal Federation of Industry and Commerce.

Recommended unit: Haidian District

50. Pan Xiaojun, male, born in March 1966, chairman of Beijing Taining Kechuang Rainwater Utilization Technology Co., Ltd.; representative of the Beijing City People's Congress, member of the Standing Committee of the Municipal Federation of Industry and Commerce; member of the Standing Committee of the CPPCC of Changping District, and vice chairman of the District Federation of Industry and Commerce.

Recommended unit: Changping District

Editor in charge: Jia Yujing (QC0005)

© Beijing Qianlong News Network Communication Co., Ltd. All rights reserved
Without the special written authorization of Qianlong News.com, please do not reprint or create a mirror image. Violators will be investigated in accordance with the law.
Report Qianlong.com Civilization Office website report hotline: 84686999, report email: qljbzx@126.com

# Exhibit D



"不忘初心、牢记使命"官网 | 中央党史和文献研究院网站 | 中国共产党历史网 | 中组部12380举报网 | 中组部党建研究网 | 全国哲学社会科学规划网



| 高层动态 | 干部论坛 | 人事 | 理论 | 党建 | 要闻 | 独家 |
| 领导活动 | 时代先锋 | 反腐 | 评论 | 党史 | 综合 | 视频 |

中国共产党新闻 >> 综合报道                                    分享到：

# 第五届全国非公有制经济人士优秀中国特色社会主义事业建设者名单

（按地区排序，共100名）

2019年08月30日10:21          来源：人民网-人民日报

雷 军 小米集团董事长兼首席执行官

陈东升 泰康保险集团股份有限公司董事长兼首席执行官

刘爱森 森特士兴集团股份有限公司董事长

彭雪峰 北京大成律师事务所主任

张 威 天津炫世唐门文化传媒有限公司董事长

张荣华 天津荣程祥泰投资控股集团有限公司董事会主席

江浩然 恒银金融科技股份有限公司董事长

魏立华 石家庄君乐宝乳业有限公司总裁

刘延云 河北千喜鹤饮食股份有限公司董事长

卢 勇 秦皇岛星箭特种玻璃有限公司总经理

武玉林 河北邯郸市丛台区玉林调味食品厂厂长

郭兴银 山西省平遥煤化（集团）有限责任公司董事长兼总经理

任武贤 亚宝药业集团股份有限公司董事长

武峥兴 山西水塔醋业股份有限公司董事长

王召明 内蒙古蒙草生态环境（集团）股份有限公司董事长

于海龙 内蒙古科沁万佳食品有限公司董事长

曲道奎 沈阳新松机器人自动化股份有限公司总裁

纪洪帅 铭源控股集团有限公司董事长

张之一 辽宁俏牌生物科技有限公司董事长

李吉宝 吉林省通用机械（集团）有限责任公司董事长兼总经理

学习路上
学习有声
学习金句

习近平
系列重要讲话数据库

学习贯彻
十九大精神
辉煌十九大

党课随身听
闪光的足迹

全国基层党建
创新案例征集

最美奋斗者
新中国发展面对面



微信"扫一扫"添加"学习大国"



微信"扫一扫"添加"人民党建云"

冷友斌 黑龙江飞鹤乳业有限公司董事长

肖新光 哈尔滨安天科技集团股份有限公司董事长

张忠凯 哈尔滨东盛金属材料有限公司总裁

丁佐宏 月星集团有限公司董事长

王均豪 上海均瑶（集团）有限公司总裁

徐 雯 上海莘越软件科技有限公司总经理

卢慧文 上海协和教育集团总校长

陈 岩 分众传媒信息技术股份有限公司首席战略官

周建平 海澜集团有限公司董事长

缪汉根 盛虹控股集团有限公司董事长

汪建国 五星控股集团有限公司董事长

杨永岗 中简科技股份有限公司董事长兼总经理

李晓冬 江苏联瑞新材料股份有限公司董事长兼总经理

唐黎萍 宜兴市丁蜀镇紫圣陶轩陶瓷经营部负责人

鲁伟鼎 万向集团公司董事长兼首席执行官

丁 磊 网易（杭州）网络有限公司首席执行官

郑永刚 宁波杉杉股份有限公司董事局主席

张天任 天能集团股份有限公司董事局主席兼总裁

秦旺仁增 浙江润兰科技有限公司董事长

章华妹 华妹百货店负责人

何 军 浙江省公羊会公益救援促进会会长

刘 屹 安徽艾可蓝环保股份有限公司董事长兼总经理

程 磊 马鞍山百助网络科技有限公司首席执行官

李 强 安徽省涡阳县鸿翔时装店经理

周少雄 福建七匹狼实业股份有限公司董事长

郑宝佑 福建省金纶高纤股份有限公司董事长

刘渊毅 三明市毅君机械铸造有限公司总经理

郭继光 福建复茂食品有限公司董事长

郑跃文 科瑞集团有限公司董事局主席

卞志良 泰山体育产业集团有限公司董事长

张国防 青岛明月生物医用材料有限公司董事长

魏东晓 山东方寸微电子科技有限公司董事、主要出资人

脱安利 青州市隆盛糕点厂厂长

王百忠 长城梅地亚文化产业集团有限公司总经理

徐 平 河南开元国际经贸有限公司董事长

薛 荣 河南圆方物业管理有限公司总裁

朱明甫 鹤壁国立光电科技股份有限公司董事长

张海洋 郑州市二七区红京红酒业商行负责人

黄 立 武汉高德红外股份有限公司董事长

阎 志 卓尔控股有限公司董事长

肖凯旋 金马凯旋集团董事长

严贤涛 随州市九口堰富民蘑菇农民专业合作社理事长

曹亦农 湖北申简通律师事务所执行主任

何清华 山河智能装备股份有限公司董事长

罗可大 浏阳河集团股份有限公司董事长

李应新 株洲瑞德尔冶金设备制造有限公司总经理

胡 杨 芷江胡杨雕刻工作室艺术总监

李东生 TCL集团股份有限公司董事长兼首席执行官

王传福 比亚迪股份有限公司董事长兼总裁

吴光胜 华讯方舟科技有限公司董事长

张伟明 广东星联科技有限公司董事长

蒋 凯 广东凯宝机器人科技有限公司总经理

冯国贤 广州市白云区竹料丽的通讯部负责人

陈 军 广西云天实业集团有限公司董事长

刘维英 象翌微链科技发展有限公司董事长

陈良刚 海南立昇净水科技实业有限公司董事长

刘文民 齐鲁制药（海南）有限公司董事长

蒋仁生 重庆智飞生物制品股份有限公司董事长兼总经理

朱明跃 重庆八戒网络股份有限公司董事长兼首席执行官

王乔道 重庆南电科技有限公司总经理

樊建川 四川安仁建川文化产业开发有限公司董事长

梁效宁 四川效率源信息安全技术股份有限公司董事长

柏龙军 都江堰市如云商贸行总经理

蓝逢辉 尤尼泰税务师事务所有限公司总裁

陶华碧 贵阳南明老干妈风味食品有限责任公司董事长

王 菁 贵州省兴义市布谷鸟民族实业发展有限公司董事长

兰 靖 云南南方教育投资集团有限公司董事长

尼玛扎西 西藏宏绩集团有限公司董事长

何金碧 西安迈科金属国际集团有限公司董事局主席

唐皓晨 西安云景智维科技有限公司首席执行官

雷华锋 陕西正衡投资控股集团有限公司董事长

肖胜利 天水华天电子集团股份有限公司董事长

敏文祥 甘肃华羚实业集团有限公司董事长

李银会 青海互助青稞酒股份有限公司董事长

乔继华 青海江河源投资集团有限公司董事局主席兼总裁

彭 凡 宁夏共享集团股份有限公司董事长

王小宁 宁夏维尔铸造有限责任公司董事长

韩键刚 新疆天信企业（集团）有限公司董事长

郑茶妹 新疆昆仑尼雅生态农牧发展有限公司总经理

于永良 新疆天诚农机具制造有限公司董事长

（新华社北京8月29日电）

《 人民日报 》（ 2019年08月30日 06 版）

（责编：王珂园、常雪梅）

---

人民日报社概况 ｜ 关于人民网 ｜ 报社招聘 ｜ 招聘英才 ｜ 广告服务 ｜ 合作加盟 ｜ 供稿服务 ｜ 网站声明 ｜ 网站律师 ｜ 信息保护 ｜ 呼叫中心 ｜ ENGLISH

镜像:日本    教育网    科技网    呼叫热线：4008－100－300    服务邮箱：kf@people.cn    违法和不良信息举报电话：010－65363263    举报邮箱：jubao@people.cn

互联网新闻信息服务许可证10120170001 ｜ 增值电信业务经营许可证B1-20060139

信息网络传播视听节目许可证0104065 ｜ 广播电视节目制作经营许可证（广媒）字第172号

网络文化经营许可证 京网文[2017]9786-1126号 ｜ 网络出版服务许可证（京）字258号 ｜ 京ICP证000006号 ｜ 京公网安备11000002000008号

人 民 网 版 权 所 有 ， 未 经 书 面 授 权 禁 止 使 用

Copyright © 1997-2019 by www.people.com.cn. all rights reserved

   

List of Recipients of the Fifth National Outstanding Builders of Socialism with Chinese Characteristics from Non-Public Sector
(Sorted by region, 100 people in total)
10:21 August 30, 2019 Source: People's Daily Online

Lei Jun, Chairman and CEO of Xiaomi Group

Chen Dongsheng, Chairman and CEO of Taikang Insurance Group Co., Ltd.

Liu Aisen, Chairman of Center International Group Co., Ltd.

Peng Xuefeng, Partner of Dentons Beijing Office

Zhang Wei, Chairman of Tianjin Xuanshi Tangmen Cultural Media Co., Ltd.

Zhang Ronghua, Chairman of Tianjin Rong Cheng Xiang Tai Investment Holding Group Co., Ltd.

Jiang Haoran, Chairman of Hengyin Financial Technology Co., Ltd.

Wei Lihua, President of Shijiazhuang Junlebao Dairy Co., Ltd.

Liu Yanyun, Chairman of Hebei Qianxihe Catering Co., Ltd.

Lu Yong, General Manager of Qinhuangdao Xingjian Special Glass Co., Ltd.

Wu Yulin, Director of Yulin Seasoning Food Factory, Congtai District, Handan City, Hebei Province

Guo Xingyin, Chairman and General Manager of Shanxi Pingyao Coalification (Group) Co., Ltd.

Ren Wuxian, Chairman of Yabao Pharmaceutical Group Co., Ltd.

Wu Zhengxing, Chairman of Shanxi Shui Ta Vinegar Co., Ltd.

Wang Zhaoming, Chairman of Inner Mongolia Meng Cao Ecological Environment (Group) Co., Ltd.

Yu Hailong, Chairman of Inner Mongolia Keqin Wanjia Food Co., Ltd.

Qu Daokui, President of Shenyang Xinsong Robot Automation Co., Ltd.

Ji Hongshuai, Chairman of Mingyuan Holding Group Co., Ltd.

Zhang Yi, Chairman of Liaoning Qiaopai Biotechnology Co., Ltd.

Li Jibao, Chairman and General Manager of Jilin Province General Machinery (Group) Co., Ltd.

Leng Youbin, Chairman of Heilongjiang Feihe Dairy Co., Ltd.

Xiao Xinguang, Chairman of Harbin Antian Technology Group Co., Ltd.

Zhang Zhongkai, President of Harbin Dongsheng Metal Materials Co., Ltd.

Ding Zuohong, Chairman of Yue Xing Group Co., Ltd.

Wang Junhao, President of Shanghai June Yao (Group) Co., Ltd.

Xu Wen, General Manager of Shanghai Shen Yue Software Technology Co., Ltd.

Lu Huiwen, Chief President of Shanghai Xie He Education Group

Chen Yan, Chief Strategy Officer, Focus Media Information Technology Co., Ltd.

Zhou Jianping, Chairman of Heilan Group Co., Ltd.

Miao Hangen, Chairman of Shenghong Holding Group Co., Ltd.

Wang Jianguo, Chairman of Wuxing Holding Group Co., Ltd.

Yang Yonggang, Chairman and General Manager of Zhong Jian Technology Co., Ltd.

Li Xiaodong, Chairman and General Manager of Jiangsu Lianrui New Materials Co., Ltd.

Tang Liping, Head of Ceramics Business Department, Zisheng Taoxuan, Dingshu Town, Yixing City

Lu Weiding, Chairman and CEO of Wanxiang Group Corporation

Ding Lei, CEO of NetEase (Hangzhou) Network Co., Ltd.

Zheng Yonggang, Chairman of Ningbo Shanshan Co., Ltd.

Zhang Tianren, Chairman and CEO of Tianneng Group Co., Ltd.

Qin Wangrenzeng, Chairman of Zhejiang Runlan Technology Co., Ltd.

Zhang Huamei, Head of Huamei Department Store

He Jun, Chairman of the Public Welfare Rescue Promotion Association of Zhejiang Ram Union Rescue

Liu Yi, Chairman and General Manager of Anhui Act Blue Environmental Protection Co., Ltd.

Cheng Lei, CEO of Maanshan Baizhu Network Technology Co., Ltd.

Li Qiang, Manager of Hongxiang Fashion Store, Guoyang County, Anhui Province

Zhou Shaoxiong, Chairman of Fujian Septwolves Industrial Co., Ltd.

Zheng Baoyou, Chairman of Fujian Jinlun Fiber Co., Ltd.

Liu Yuanyi, General Manager of Sanming Yijun Machinery Casting Co., Ltd.

Guo Jiguang, Chairman of Fujian Fumao Food Co., Ltd.

Zheng Yuewen, Chairman of the Board of Directors of Kerui Group Co., Ltd.

Bian Zhiliang, Chairman of Taishan Sports Industry Group Co., Ltd.

Zhang Guofang, Chairman of Qingdao Mingyue Biomedical Materials Co., Ltd.

Wei Dongxiao, Director and Major Investor of Shandong Fangcun Microelectronics Technology Co., Ltd.

Tuo Anli, Director of Qingzhou Longsheng Pastry Factory

Wang Baizhong, General Manager of Great Wall Media Cultural Industry Group Co., Ltd.

Xu Ping, Chairman of Henan Kaiyuan International Economic and Trade Co., Ltd.

Xue Rong, President of Henan Yuanfang Property Management Co., Ltd.

Zhu Mingfu, Chairman of Hebi National Optoelectronics Technology Co., Ltd.

Zhang Haiyang, Head of Hongjing Red Wine Company, Erqi District, Zhengzhou City

Huang Li, Chairman of Wuhan Guide Infrared Co., Ltd.

Yan Zhi, Chairman of Zall Holdings Co., Ltd.

Xiao Kaixuan, Chairman of Kinmux TriumphalGroup

Yan Xiantao, Chairman of the Fumin Mushroom Farmers Professional Cooperative in Jiukouyan, Suizhou City

Cao Yinong, Executive Director of Hubei Shenjiantong Law Firm

He Qinghua, Chairman of Sunward Intelligent Equipment Co., Ltd.

Luo Keda, Chairman of Liuyanghe Group Co., Ltd.

Li Yingxin, General Manager of Zhuzhou Ruideer Metallurgical Equipment Manufacturing Co., Ltd.

Hu Yang, Artistic Director of Zhijiang Hu Yang Carving Studio

Li Dongsheng, Chairman and CEO of TCL Group Co., Ltd.

Wang Chuanfu, Chairman and President of BYD Co., Ltd.

Wu Guangsheng, Chairman of CCT Technology Co., Ltd.

Zhang Weiming, Chairman of Guangdong Xing Lian Technology Co., Ltd.

Jiang Kai, General Manager of Guangdong Kaibao Robot Technology Co., Ltd.

Feng Guoxian, Head of Communications Department, Zhuliao Lidi, Baiyun District, Guangzhou

Chen Jun, Chairman of Guangxi Yuntian Industrial Group Co., Ltd.

Liu Weiying, Chairman of Xiangyi Microchain Technology Development Co., Ltd.

Chen Lianggang, Chairman of Hainan Lisheng Water Purification Technology Industrial Co., Ltd.

Liu Wenmin, Chairman of Qilu Pharmaceutical (Hainan) Co., Ltd.

Jiang Rensheng, Chairman and General Manager of Chongqing Zhifei Biological Products Co., Ltd.

Zhu Mingyue, Chairman and CEO of Chongqing Bajie Network Co., Ltd.

Wang Qiaodao, General Manager of Chongqing Nandian Technology Co., Ltd.

Fan Jianchuan, Chairman of Sichuan Anren Jianchuan Cultural Industry Development Co., Ltd.

Liang Xiaoning, Chairman of Sichuan Efficiency Source Information Security Technology Co., Ltd.

Bo Longjun, General Manager of Dujiangyan Ruyun Trading Company

Lan Fenghui, President of Unitai Tax Agent Co., Ltd.

Tao Huabi, Chairman of Guiyang Nanming Laoganma Flavor Food Co., Ltd.

Wang Jing, Chairman of Buguniao Minzu Industrial Development Co., Ltd., Xingyi City, Guizhou Province

Lan Jing, Chairman of Yunnan Nanfang Education Investment Group Co., Ltd.

Nima Zhaxi, Chairman of Tibet Hongji Group Co., Ltd.

He Jinbi, Chairman of Xi'an Maike Metal International Group Co., Ltd.

Tang Haochen, CEO of Xi'an Yunjing Zhiwei Technology Co., Ltd.

Lei Huafeng, Chairman of Shaanxi Zenith Investment Holding Group Co., Ltd.

Xiao Shengli, Chairman of Tianshui Huatian Electronics Group Co., Ltd.

Min Wenxiang, Chairman of Gansu Hualing Industrial Group Co., Ltd.

Li Yinhui, Chairman of Qinghai Huzhu Highland Barley Wine Co., Ltd.

Qiao Jihua, Chairman and President of the Board of Directors of Qinghai Jiangheyuan Investment Group Co., Ltd.

Peng Fan, Chairman of Ningxia KOCEL Group Co., Ltd.

Wang Xiaoning, Chairman of Ningxia Wear Casting Co., Ltd.

Han Jiangang, Chairman of Xinjiang Tesun Group Co., Ltd.

Zheng Chamei, General Manager of Xinjiang Kunlun Niya Ecological Agriculture and Animal Husbandry Development Co., Ltd.

Yu Yongliang, Chairman of Xinjiang Tiancheng Agricultural Machinery Manufacturing Co., Ltd.

(Xinhua News Agency, Beijing, August 29th)
"People's Daily" (version 06, August 30, 2019)
(Editor in charge: Wang Keyuan, Chang Xuemei)

# Exhibit E

Qinghai Huzhu Highland Barley Wine Co., Ltd. is mainly engaged in the research and development, production and sales of highland barley wine. It owns several sub-brands of barley wines such as "Huzhu, Tianyoude, Bada Workshop, Yongqinghe, Shiyide" and "Maxway" Wine, with 4 wholly-owned subsidiaries and 2 holding subsidiaries and total assets of 3 billion yuan and more than 2,200 employees, it is the largest barley wine producer in the country and the leader in the liquor industry in Northwest China. It is known as "The Origin of the Chinese Barley Wine". On December 22, 2011, the company was listed on the Shenzhen Stock Exchange. The stock abbreviation is: Highland Barley Wine, and the stock code is 002646.

Tianyoude Highland Barley Wine has a long brewing history, which can be traced back to Tianyoude Winery in the northwestern region during the Hongwu period of the Ming Dynasty. It was founded in 1373. The Tu nationality people in Huzhu continue to improve their winemaking technology. After years of hardworking, they have gradually formed well-known old winemaking workshops such as Tianyoude, Yongqinghe, Shiyide, Wenyuhe, Yongshenghe, and Yixingcheng. In 1952, Huzhu County integrated eight major workshops and formed a state-owned Huzhu Highland Barley Winery on the original site of Tianyoude Winery. It was gradually restructured into today's Qinghai Huzhu Highland Barley Wine Co., Ltd..

Tianyoude Highland Barley Wine is brewed from high-quality highland barley at an altitude of 3000 meters. Highland barley is mainly grown in Tibet, Qinghai, Gannan, Gansu, and other Qinghai-Tibet alpine regions with an altitude of 3000 meters. The unique planting zone makes the barley grow in a nearly pollution-free environment, with pure, natural, green and organic qualities. The company has 250,000 acres of highland barley planting fields, of which 100,000 acres are organic highland barley planting fields, which have received c Chinese Organic Products certification, to ensure that quality of the product is effectively controlled from the source. The underground well water used for winemaking is the melted ice and snow from mountains with 6000 meters altitude on the Qinghai-Tibet Plateau known as the "Asian Water Tower". It passes through tens of meters deep glacial rock formations and is filtered layer by layer. The water quality is pure, mild, clear and slightly sweet. The water has nutritious elements, such as zinc and selenium, which is good to be used for brewing.

Our company adopts the traditional process of "steaming and burning four times" with a history of more than 600 years. The wine is steamed and the granite pit is fermented for four times. The unique technology used by our company is recognized as an intangible cultural heritage of Qinghai Province in September 2009. The company has a complete R&D and testing system. The Liquor Testing Center has been accredited by China's CNAS National Laboratory (Registration No. L8508). It has the ability to undertake first-party and third-party testing services for liquor and whiskey , and is capable of issuing public data reports.

The long brewing history, natural non-polluting raw materials, unique brewing technology and advanced testing technology create the high quality of Tianyoude Highland Barley Wine. The Wine is praised by national wine experts as "the pearl of the plateau and the wonder of the wine". The brands "Huzhu" and "Tianyoude" are honored as "China Well-known Brands" by the State Administration for Industry and Commerce. "Huzhu" is awarded as "Chinese Time-honored Brands" by the Ministry of Commerce. Products of our company are qualified as "Geographical Featuring Protected Products" by the General Administration of Quality

Supervision. They are also recognized as "Representative of Chinese Liquor Fragrance Type (Highland Barley Raw Material)" by China Brewing Industry Association. Our company company is a financial pillar enterprise and one of the top 50 enterprises in Qinghai province since 2011. From 2011 to 2015, we paid a total amount of RMB 2.22 billion taxes, of which 2.095 billion yuan was paid to Qinghai province, and made positive contributions to local economic development.

In recent years, the company enters the fast-growing imported wine market through the acquisition of Napa Winery in the United States and the China Winery e-commerce platform. The acquisition of e-commerce platform also complements our current offline merchandise channels. In response to market changes, our company has successively developed oak barley wine, organic barley wine, low-alcohol barley wine, barley whiskey and other new products that are demanded. We gradually formed a market structure that has various brands and categories with highland barley wine as the core. In addition, the company receives the TTB certification for liquors in the U.S. and is allowed to enter the U.S. market. It is the first highland barley wine brewing company in China to obtain such certification. The company will use our unique raw materials of highland barley wine and the geographical advantages of the Qinghai-Tibet Plateau to export and promote the highland barley wine as a brand-new liquor in the global mainstream market.

In the future, the company will adhere to our company philosophy, taking care of consumers, valuing knowledge, respecting talents, and aiming for high quality. Also, we will encourage our employees to be precise, honest, simple and happy. We will also respect the nature, encourage good morality, and look ahead. We aim to be market-oriented, take the opportunity of consumption upgrade, provide our consumers with safe, high-quality and cost-effective highland barley wine product, and continue to work hard to achieve the company's goal of "sustainable health, global brand"!

# Exhibit F

Septwolves was founded in 1990 and is a pioneer brand in China's menswear industry. In 2004, Fujian Septwolves Industrial Co., Ltd. became the first apparel company in Fujian Province to be listed on the Shenzhen SME Board (stock code: 002029). In 2014, Fujian Septwolves Industrial Co., Ltd. launched a strategic upgrade and determined to develop with multiple brands and strategies. Septwolves adheres to the corporate mission of "creating a wonderful world with fashion" and sets up goals to establish a fashion industry corporation with billions of market value, provide high-quality fashion products to 100 million users and provide a good working environment for fashion dreamers. Except our self-owned brand "Septwolves Menswear" and "Septwolves WOLF TOTEM", we invested the street fashion brand "16N" and the global high fashion brand "KARL LAGERFELD" by acquisition. We expanded our services in the fashion industry by becoming a shareholder of several communication digital companies, including the global creative short films platform NOWNESS.

Description of the Institution

The predecessor of the company, Jinjiang Henglong Garment Co., Ltd., was established on December 25, 1989, as a Sino-foreign cooperative enterprise. On June 16, 1993, it was renamed as Fujian Septwolves Apparel Industry Co., Ltd. On June 28, 2001, the nature of Septwolves Apparel Industry Company was changed from a Chinese-foreign cooperative enterprise to a domestic-funded limited liability company. On July 14, 2001, with the approval of the Fujian Province government Min Zhengti Stock [2001] No. 28, Fujian Septwolves Apparel Industry Co., Ltd. was changed to Fujian Septwolves Industrial Co., Ltd. in accordance with the law, and it was registered with Fujian Administration for Industry and Commerce on July 23rd, 2001.

Scope of Operation

Design, manufacture and sales of clothing and apparel products.

# Exhibit G

*This announcement appears for information purposes only and does not constitute an invitation or offer to acquire, purchase or subscribe for any warrants, callable bull/bear contracts and other structured products issued or to be issued by Morgan Stanley Asia Products Limited ("**Structured Products**").*

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited ("**Stock Exchange**") take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*

# Morgan Stanley

### Non-collateralised Structured Products

### Issuer: Morgan Stanley Asia Products Limited
*(Incorporated in the Cayman Islands with limited liability)*

### Guarantor: Morgan Stanley
*(Incorporated in the State of Delaware, United States of America)*

### Manager: Morgan Stanley Asia Limited
*(Incorporated in Hong Kong)*

### Announcement in relation to Early Termination and Suspension of Trading of Affected Warrants linked to Xiaomi Corporation ("Xiaomi Warrants")

This announcement serves to inform investors in the Xiaomi Warrants:

(a)  that the last trading day of the Xiaomi Warrants is scheduled to be 15 March 2021;

(b)  that the Xiaomi Warrants will be suspended from trading on 16 March 2021;

(c)  that the Xiaomi Warrants will be early terminated with effect on 19 March 2021; and

(d)  on further details about the Early Termination Event (as defined below).

## OVERVIEW

As described further in Part 2 of this announcement, we may early terminate a series of our derivative warrants ("**Warrants**") if it becomes illegal or impracticable (i) for us (as the Issuer) to perform our obligations under the Warrants or for the Guarantor to perform its obligations under the Guarantee, in whole or in part, as a result of a change in law event, or (ii) for us (as the Issuer) or any of our affiliates to maintain the Issuer's hedging arrangements with respect to the Warrants due to a change in law event.

Due to a recent change in the laws of the United States of America ("**United States**") (as described further in Part 2):

(a)    an event as contemplated in the Early Termination Condition of each series of the Xiaomi Warrants has occurred; and

(b)    we have determined to early terminate all the Xiaomi Warrants on 19 March 2021 in accordance with the relevant terms and conditions.

Investors should note the following key dates (each as described further below) in respect of each series of the Xiaomi Warrants:

| Key Dates | Events |
|---|---|
| **15 March 2021 (Monday)** | The last trading day |
| **16 March 2021 (Tuesday)** | Trading suspension date |
| **12, 15, 16, 17 and 18 March 2021** | Valuation period |
| **19 March 2021 (Friday)** | Early Termination Date (as defined below) |
|  | Delisting date |
| **22 March 2021 (Monday)** | The publication date of announcement in respect of the Early Termination Amount (as defined below) |
| **24 March 2021 (Wednesday)** | The Settlement Date (as defined below) for payment of the Early Termination Amount to each holder |

Terms not defined in this announcement have the meanings given to them in the relevant base listing document and launch announcement and supplemental listing document relating to the Xiaomi Warrants.

## PART 1.    EARLY TERMINATION AND SUSPENSION OF TRADING

We announce that:

(a)    an Early Termination Event has occurred pursuant to the Early Termination Condition (as described further below) of the terms and conditions of the Xiaomi Warrants stated in the schedule attached to this announcement. In accordance with the Early Termination Condition, we have determined to early terminate all the Xiaomi Warrants with effect on 19 March 2021 (the "**Early Termination Date**").  Setting of the Early Termination Date is consistent with the current practice for expiry date of derivative warrants (including the Xiaomi Warrants), with 3 CCASS Settlement Days between the last trading day and the expiry date. The Xiaomi Warrants will (i) expire on the Early Termination Date, rather than the original scheduled expiry date stated in the schedule attached to this announcement, and (ii) be delisted after market close on the Early Termination Date;

(b)    the last trading day of the Xiaomi Warrants is scheduled to be 15 March 2021; and

(c)     pursuant to Rule 6.02 of the Rules Governing the Listing of Securities on the Stock Exchange (the "**Listing Rules**"), an application to suspend the trading of each series of the Xiaomi Warrants stated in the schedule attached to this announcement with effect from 9:00 a.m. (Hong Kong time) on 16 March 2021 will be submitted to the Stock Exchange, and all the Xiaomi Warrants will be suspended from trading with effect from 9:00 a.m. (Hong Kong time) on 16 March 2021.

## PART 2.     OCCURRENCE OF AN EARLY TERMINATION EVENT

*Early Termination Condition*

Pursuant to condition 13 of the Terms and Conditions of the Cash-settled Stock Warrants (the "**Early Termination Condition**") applicable to the relevant series of the Xiaomi Warrants, we may terminate the relevant Xiaomi Warrants prior to their respective original scheduled expiry dates if we determine in good faith and in a commercially reasonable manner that, for reasons beyond our control, it has become or it will become illegal or impracticable:

(a)     for us (as the Issuer) to perform our obligations under the Xiaomi Warrants, or for the Guarantor to perform its obligations under the Guarantee, in whole or in part as a result of:

    (i)     the adoption of, or any change in, any relevant law or regulation (including any tax law); or

    (ii)    the promulgation of, or any change in, the interpretation by any court, tribunal, governmental, administrative, legislative, regulatory or judicial authority or power with competent jurisdiction of any relevant law or regulation (including any tax law),

    (each of (i) and (ii), a "**Change in Law Event**"); or

(b)     for us (as the Issuer) or any of our affiliates to maintain the Issuer's hedging arrangements with respect to the Xiaomi Warrants due to a Change in Law Event.

*Occurrence of a Change in Law Event and an Early Termination Event*

Under the Issuer's Hong Kong listed issuance programme for structured products (the "**Programme**"):

(a)     Morgan Stanley (a company incorporated in the State of Delaware, United States) is the Guarantor of structured products issued under the Programme, under which, it guarantees the payment and performance obligations of the Issuer in respect of all structured products issued under the Programme (including the Xiaomi Warrants) in accordance with the terms and conditions of the structured products; and

(b)     Morgan Stanley Hong Kong Securities Limited (a company incorporated in Hong Kong) is appointed by the Issuer as its agent to provide liquidity for all structured products issued under the Programme, including the Xiaomi Warrants (the "**Liquidity Provider**").

Based on the publicly available information as of the date of this announcement with respect to the Executive Order 13959, as amended by Executive Order 13974, issued by the President of the United States (the "**Executive Order**") and the frequently asked questions (including 858, 860, 861 and 864) related to the Executive Order, "Addressing the Threat from Securities Investments that Finance Communist Chinese Military Companies." published by the Office of Foreign Assets Control ("**OFAC**"), the Issuer has determined in good faith and in a commercially reasonable manner that:

(a)     the Executive Order constitutes a Change in Law Event;

(b)     the Early Termination Condition has been triggered due to such Change in Law Event; and

(c)     the Xiaomi Warrants will be early terminated on the Early Termination Date in accordance with the Early Termination Condition (the "**Early Termination Event**"), at the applicable Early Termination Amount as described further in Part 3 below.

The Executive Order will affect the Xiaomi Warrants with effect from 9:30 a.m. eastern standard time (US time) on 15 March 2021. The applicability of the prohibitions in the Executive Order to the Xiaomi Warrants on 15 March 2021 are based on the guidance publicly available from OFAC as of 18 February 2021 (US time), and are subject to any additional guidance OFAC might issue either as to the scope of the prohibitions under the Executive Order or as to the effective date.

There may be other listed structured products linked to certain restricted companies that are subject to the Executive Order.

The United States government has publicly stated its intention to impose sanctions on additional restricted companies under the Executive Order, and those sanctions may affect other structured products linked to such restricted companies in the future.

We will monitor closely the developments with respect to the Executive Order and will publish further announcement to inform investors if any of our listed structured products is linked to such restricted companies pursuant to the Executive Order on a timely basis.

## PART 3.    EARLY TERMINATION ARRANGEMENT

### *Early Termination Amount*

Pursuant to the Early Termination Condition, we will pay to each holder of the Xiaomi Warrants a cash amount determined by us in good faith and in a commercially reasonable manner, being the fair market value in respect of the Xiaomi Warrants held by such holder immediately prior to the early termination (ignoring such illegality or impracticability) less the cost to us of unwinding any related hedging arrangement as determined by us (as the Issuer) in our sole and absolute discretion (the "**Early Termination Amount**").

As disclosed in the launch announcement and supplemental listing document applicable to each series of the Xiaomi Warrants, the price of a Warrant linked to an underlying share will generally depend on the price of such underlying share, and a range of factors, including (amongst others):

- the exercise price of the derivative warrants;
- the value and volatility of the price of the underlying share;
- the time remaining to expiry;
- the interim interest rates and expected dividend payments or other distributions on the underlying share;
- the liquidity of the underlying share; and
- our related transaction cost.

In determining the Early Termination Amount for each series of the Xiaomi Warrants, we intend to use our existing pricing model for the relevant series of the Xiaomi Warrants.

In respect of a series of the Xiaomi Warrants, the key market factor inputs of such pricing model are:

(i)     comparison of the "**Average Price**" against the exercise price applicable to the relevant series,

   where:

   the "**Average Price**" refers to the arithmetic mean of the closing prices of the underlying share for each Valuation Date;

   the "**Valuation Date**" refers to each of the five Business Days immediately preceding the Early Termination Date (i.e. 12, 15, 16, 17 and 18 March 2021);

(ii)    the average of the implied volatility applicable to the relevant series based on the mid-price of the Issuer's bid and ask quotes as at or immediately before market close in Hong Kong on the two trading days immediately preceding the trading suspension date (scheduled to be 12 and 15 March 2021); and

(iii)   the time value between the Early Termination Date and the original scheduled expiry date of the relevant series.

Investors must note that the valuation methodologies applicable to different listed structured products vary according to the actual terms of the relevant product and the relevant valuation model applied by us based on our actual underlying hedging arrangements as of the relevant time. Our current intended approach for the valuation methodology applicable to the Early Termination Amount of the Xiaomi Warrants only applies to such product, and must not be construed as applicable to, or the benchmark for, other similar listed structured products (whether or not linked to the same underlying share) issued under the Programme.

We will notify each holder of the Xiaomi Warrants of the actual amount of the Early Termination Amount no later than the trading day after the Early Termination Date (currently scheduled to be 22 March 2021) by publication of an announcement on the HKEXnews website.

*Settlement process*

The Early Termination Amount will be paid by transfer to the CCASS account through which the relevant Xiaomi Warrants are held on the third CCASS Settlement Date after the Early Termination Date (currently scheduled to be 24 March 2021, "**Settlement Date**"). Payment of the Early Termination Amount to such account will be a complete discharge of our obligation to pay such Early Termination Amount. Investors should note that if you are not a CCASS investor participant and do not have a CCASS account, you will have to rely on your broker to ensure that the Early Termination Amount is credited to your account maintained with your broker (and if applicable, its custodian).

Any payment of the Early Termination Amount shall be made net of any taxes, duties, fees, levies and other charges incurred in respect of such payment or otherwise in connection with such early termination. Investors should also check with their brokers (if any) as to whether there are any charges payable to their brokers. We are not responsible for any tax, duties or charges imposed by any tax authority in respect of the payment of the Early Termination Amount or otherwise in connection with such early termination. Investors should obtain independent tax advice if they are in any doubt.

## PART 4.    TRADING IN THE XIAOMI WARRANTS BEFORE EARLY TERMINATION DATE

Investors should exercise particular caution in trading the Xiaomi Warrants before the trading suspension date of the Xiaomi Warrants as the price of the Xiaomi Warrants may fluctuate significantly, which may adversely affect investors' investment in the Xiaomi Warrants.

## PART 5.    CONTACT DETAILS FOR INVESTORS' ENQUIRIES

*Contact details*

Investors in the Xiaomi Warrants may obtain further information relating to the Early Termination Event as follows:

(a)    visit our designated website at *www.mswarrants.com.hk*; or

(b)    call our hotline at *+852 2967 4618*.

*The announcement contains important information which may negatively affect your investment in the Xiaomi Warrants. You must read this announcement carefully and (where appropriate) seek professional advice before investing in or dealing in the Xiaomi Warrants.*

**Morgan Stanley Asia Products Limited**
Hong Kong, 19 February 2021

## Schedule: List of Xiaomi Warrants

*The list of Xiaomi Warrants is based on market information as of market close of 19 February 2021.*

| | Stock code of Xiaomi Warrants | Type | Underlying share / Stock code | Exercise Price (HK$) | Original scheduled Expiry Date | Early Termination Date |
|---|---|---|---|---|---|---|
| 1 | 15534 | Put Warrants | Xiaomi Corporation / 1810.HK | 12.80 | 25 May 2021 | 19 March 2021 |
| 2 | 18063 | Call Warrants | Xiaomi Corporation / 1810.HK | 20.30 | 24 March 2021 | 19 March 2021 |
| 3 | 18829 | Put Warrants | Xiaomi Corporation / 1810.HK | 21.93 | 1 April 2021 | 19 March 2021 |
| 4 | 18834 | Call Warrants | Xiaomi Corporation / 1810.HK | 39.08 | 28 May 2021 | 19 March 2021 |
| 5 | 19785 | Call Warrants | Xiaomi Corporation / 1810.HK | 27.80 | 7 June 2021 | 19 March 2021 |
| 6 | 19791 | Call Warrants | Xiaomi Corporation / 1810.HK | 33.85 | 4 May 2021 | 19 March 2021 |
| 7 | 20288 | Put Warrants | Xiaomi Corporation / 1810.HK | 25.57 | 24 May 2021 | 19 March 2021 |
| 8 | 20299 | Call Warrants | Xiaomi Corporation / 1810.HK | 31.98 | 10 June 2021 | 19 March 2021 |
| 9 | 20305 | Put Warrants | Xiaomi Corporation / 1810.HK | 23.75 | 28 May 2021 | 19 March 2021 |
| 10 | 21467 | Call Warrants | Xiaomi Corporation / 1810.HK | 35.23 | 26 May 2021 | 19 March 2021 |
| 11 | 21476 | Call Warrants | Xiaomi Corporation / 1810.HK | 36.93 | 25 June 2021 | 19 March 2021 |
| 12 | 25446 | Call Warrants | Xiaomi Corporation / 1810.HK | 42.68 | 2 July 2021 | 19 March 2021 |
| 13 | 25943 | Call Warrants | Xiaomi Corporation / 1810.HK | 30.00 | 1 June 2021 | 19 March 2021 |
| 14 | 27148 | Put Warrants | Xiaomi Corporation / 1810.HK | 27.80 | 28 June 2021 | 19 March 2021 |

| | Stock code of Xiaomi Warrants | Type | Underlying share / Stock code | Exercise Price (HK$) | Original scheduled Expiry Date | Early Termination Date |
|---|---|---|---|---|---|---|
| 15 | 28425 | Call Warrants | Xiaomi Corporation / 1810.HK | 25.05 | 24 May 2021 | 19 March 2021 |
| 16 | 28901 | Call Warrants | Xiaomi Corporation / 1810.HK | 45.93 | 23 June 2021 | 19 March 2021 |

# Exhibit H

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited ("**Stock Exchange**") take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*

*This announcement is for information purposes only and does not constitute an invitation or offer to acquire, purchase or subscribe for the structured products described below.*

## Non-collateralised Structured Products

issued by
### J.P. Morgan Structured Products B.V. ("Issuer")
*(incorporated with limited liability in The Netherlands)*

and unconditionally and irrevocably guaranteed by
### JPMorgan Chase Bank, National Association
*(a national banking association organized under the laws of United States of America)*

### Announcement in relation to Early Termination and Suspension of Trading of Affected Derivative Warrants and Inline Warrants linked to Xiaomi Corporation ("Xiaomi Warrants")

---

This announcement serves to inform investors in the Xiaomi Warrants:

(a)   that the last trading day of the Xiaomi Warrants is scheduled to be 15 March 2021;

(b)   that the Xiaomi Warrants will be suspended from trading on 16 March 2021;

(c)   that the Xiaomi Warrants will be early terminated with effect on 19 March 2021; and

(d)   on further details about the Early Termination Event (as defined below).

---

### OVERVIEW

As described further in Part 2 of this announcement, we may early terminate a series of derivative warrants ("**Derivative Warrants**") or inline warrants ("**Inline Warrants**") if it becomes illegal or impracticable (i) for us (as the Issuer) to perform our obligations under such products or for the Guarantor to perform its obligations under the guarantee as a result of a change in law event, or (ii) for us (as the Issuer) or any of our affiliates to maintain our hedging arrangement with respect to such products due to a change in law event.

Due to a recent change in the laws of the United States of America ("**United States**") (as described further in Part 2):

(a)   an event as contemplated in the Early Termination Condition of each series of the Xiaomi Warrants has occurred; and

(b)   we have determined to early terminate all the Xiaomi Warrants on 19 March 2021 in accordance with the relevant terms and conditions.

Investors should note the following key dates (each as described further below) in respect of each series of the Xiaomi Warrants:

| Key Dates | Events |
|---|---|
| **15 March 2021 (Monday)** | The last trading day |
| **16 March 2021 (Tuesday)** | Trading suspension date |
| **12, 15, 16, 17 and 18 March 2021** | Valuation period |
| **19 March 2021 (Friday)** | Early Termination Date (as defined below) |
| | Delisting date |
| **22 March 2021 (Monday)** | The publication date of announcement in respect of the Early Termination Amount (as defined below) |
| **24 March 2021 (Wednesday)** | The Settlement Date (as defined below) for payment of the Early Termination Amount to each holder |

Terms not defined in this announcement have the meanings given to them in the relevant base listing document and launch announcement and supplemental listing document relating to the Xiaomi Warrants. References herein to "we" shall mean the Issuer, and the words "us" and "our" should be construed accordingly.

## PART 1.    EARLY TERMINATION AND SUSPENSION OF TRADING

We announce that:

(a)     an Early Termination Event has occurred pursuant to the Early Termination Condition (as described further below) of the terms and conditions of the Derivative Warrants and Inline Warrants stated in the schedule attached to this announcement. In accordance with the Early Termination Condition, we have determined to early terminate all the Xiaomi Warrants with effect on 19 March 2021 (the "**Early Termination Date**").  Setting of the Early Termination Date is consistent with the current practice for expiry date of derivative warrants and inline warrants (including the Xiaomi Warrants), with 3 CCASS Settlement Days between the last trading day and the expiry date. The Xiaomi Warrants will (i) expire on the Early Termination Date, rather than the original scheduled expiry date stated in the schedule attached to this announcement, and (ii) be delisted after market close on the Early Termination Date;

(b)     the last trading day of the Xiaomi Warrants is scheduled to be 15 March 2021; and

(c)     pursuant to Rule 6.02 of the Rules Governing the Listing of Securities on the Stock Exchange (the "**Listing Rules**"), an application to suspend the trading of each series of the Xiaomi Warrants stated in the schedule attached to this announcement with effect from 9:00 a.m. (Hong Kong time) on 16 March 2021 will be submitted to the Stock Exchange, and all the Xiaomi Warrants will be suspended from trading with effect from 9:00 a.m. (Hong Kong time) on 16 March 2021.

## PART 2.    OCCURRENCE OF AN EARLY TERMINATION EVENT

### *Early Termination Condition*

Pursuant to condition 14 of the Terms and Conditions of the Cash-Settled Stock Warrants  and condition 14 of the Terms and Conditions of the Cash-Settled Stock Inline Warrants (the "**Early Termination Condition**") applicable to the relevant series of the Xiaomi Warrants, we may terminate the relevant Xiaomi Warrants prior to their respective original scheduled expiry dates if we determine in good faith and

2

in a commercially reasonable manner that, for reasons beyond our control, it has become or it will become illegal or impracticable:

(a)     for us (as the Issuer) to perform our obligations under the Xiaomi Warrants, or for the Guarantor to perform its obligations under the guarantee, in whole or in part as a result of:

    (i)      the adoption of, or any change in, any relevant law or regulation (including any tax law); or

    (ii)     the promulgation of, or any change in, the interpretation by any court, tribunal, governmental, administrative, legislative, regulatory or judicial authority or power with competent jurisdiction of any relevant law or regulation (including any tax law),

    (each of (i) and (ii), a "**Change in Law Event**"); or

(b)     for us (as the Issuer) or any of our affiliates to maintain the Issuer's hedging arrangements with respect to the Xiaomi Warrants due to a Change in Law Event.

In such event, the amount payable by us (if any) will be the fair market value of the Xiaomi Warrants, less our cost of unwinding any related hedging arrangements as determined by us.

### *Occurrence of a Change in Law Event and an Early Termination Event*

Under the Issuer's Hong Kong listed issuance programme for structured products (the "**Programme**"):

(a)     JPMorgan Chase Bank, National Association (a national banking association organized under the laws of the United States) is the Guarantor of structured products issued under the Programme, under which, it guarantees the timely and complete payment and performance, as and when due, of the obligations of the Issuer under the structured products issued under the Programme (including the Xiaomi Warrants) in accordance with the product terms and conditions; and

(b)     J.P. Morgan Broking (Hong Kong) Limited (a company incorporated in Hong Kong) is appointed by the Issuer as its agent to provide liquidity for all structured products issued under the Programme, including the Xiaomi Warrants (the "**Liquidity Provider**").

The Guarantor, the Issuer and the Liquidity Provider are collectively referred to as the "**Issuer Group**" in this announcement.

Based on the publicly available information as of the date of this announcement with respect to the Executive Order 13959, as amended by Executive Order 13974, issued by the President of the United States (the "**Executive Order**") and the frequently asked questions (including 858, 860, 861 and 864) related to the Executive Order, "Addressing the Threat from Securities Investments that Finance Communist Chinese Military Companies." published by the Office of Foreign Assets Control ("**OFAC**"), the Issuer has determined in good faith and in a commercially reasonable manner that:

(a)     the Executive Order constitutes a Change in Law Event applicable to the Issuer Group;

(b)     the Early Termination Condition has been triggered due to such Change in Law Event; and

(c)     the Xiaomi Warrants will be early terminated on the Early Termination Date in accordance with the Early Termination Condition (the "**Early Termination Event**"), at the applicable Early Termination Amount as described further in Part 3 below.

The Executive Order will affect the Xiaomi Warrants with effect from 9:30 a.m. eastern standard time (US time) on 15 March 2021. The applicability of the prohibitions in the Executive Order to the Xiaomi Warrants on 15 March 2021 are based on the guidance publicly available from OFAC as of 18 February 2021 (US

time), and are subject to any additional guidance OFAC might issue either as to the scope of the prohibitions under the Executive Order or as to the effective date.

There may be other listed structured products linked to certain restricted companies that are subject to the Executive Order.

The United States government has publicly stated its intention to impose sanctions on additional restricted companies under the Executive Order, and those sanctions may affect other structured products linked to such restricted companies in the future.

We will monitor closely the developments with respect to the Executive Order and will publish further announcement to inform investors if any of our listed structured products is linked to such restricted companies pursuant to the Executive Order on a timely basis.

## PART 3.    EARLY TERMINATION ARRANGEMENT

### *Early Termination Amount*

Pursuant to the Early Termination Condition, we will pay to each holder of the Xiaomi Warrants a cash amount determined by us in good faith and in a commercially reasonable manner, being the fair market value in respect of the Xiaomi Warrants held by such holder immediately prior to the early termination (ignoring such illegality or impracticability) less the cost to us of unwinding any related hedging arrangement as determined by J.P. Morgan Securities (Asia Pacific) Limited (as the agent) in its sole and absolute discretion (the "**Early Termination Amount**").

### *In respect of Derivative Warrants only*

As disclosed in the launch announcement and supplemental listing document applicable to each series of the Xiaomi Warrants (which are the Derivative Warrants), the price of a Derivative Warrant linked to an underlying share will generally depend on the price of such underlying share, and a range of factors, including (amongst others):

- the exercise price of the derivative warrants;
- the value and volatility of the price of the underlying share;
- the time remaining to expiry;
- the interim interest rates and expected dividend payments or other distributions on the underlying share;
- the liquidity of the underlying share; and
- our related transaction cost.

In determining the Early Termination Amount for each series of the Xiaomi Warrants (which are the Derivative Warrants), we intend to use our existing pricing model for the relevant series of the Xiaomi Warrants.

In respect of a series of the Xiaomi Warrants (which are the Derivative Warrants), the key market factor inputs of such pricing model are:

(a)    comparison of the "**Average Price**" against the exercise price applicable to the relevant series, Where:

      a.  the "**Average Price**" refers to the arithmetic mean of the closing prices of one underlying share for each Valuation Date;

      b.  the "**Valuation Date**" refers to each of the five Business Days immediately preceding the Early Termination Date (i.e. 12 March, 15 March, 16 March, 17 March and 18 March 2021);

4

(b)     the average of the implied volatility applicable to the relevant series based on the mid-price of the Issuer's bid and ask quotes as at or immediately before market close in Hong Kong on the two trading days immediately preceding the trading suspension date (scheduled to be 12 March and 15 March 2021); and

(c)     the time value between the Early Termination Date and the original scheduled expiry date of the relevant series.

### *In respect of Inline Warrants only*

As disclosed in the launch announcement and supplemental listing document applicable to each series of the Xiaomi Warrants (which are the Inline Warrants), the price of an Inline Warrant linked to an underlying share will generally depend on the price of the underlying share, and a range of factors, including (amongst others):

*   the range between the upper strike price and lower strike price (both inclusive) of the inline warrants;
*   the value and volatility of the price of the underlying share;
*   the expected probability of the average price falling within the range between the upper strike price and lower strike price (both inclusive) at expiry;
*   the time remaining to expiry;
*   the interim interest rates and expected dividend payments or other distributions on the underlying share;
*   the liquidity of the underlying share; and
*   our related transaction cost.

In determining the Early Termination Amount for a series of the Xiaomi Warrants (which are the Inline Warrants), we intend to use our existing pricing model for the relevant series of the Xiaomi Warrants.

In respect of a series of the Xiaomi Warrants (which are the Inline Warrants), the key market factor inputs of such pricing model are:

(a)     comparison of the "**Average Price**" against the upper strike price and lower strike price applicable to the relevant series,

>    Where:

>    a.   the "**Average Price**" refers to the arithmetic mean of the closing prices of one underlying share for each Valuation Date;

>    b.   the "**Valuation Date**" refers to each of the five Business Days immediately preceding the Early Termination Date (i.e. 12 March, 15 March, 16 March, 17 March and 18 March 2021);

(b)     the implied volatility applicable to the relevant series by reference to the middle of our bid and ask price quoted for the Inline Warrants as at or immediately before market close in Hong Kong on the trading day immediately preceding the trading suspension date (scheduled to be 15 March 2021); and

(c)     the time value between the Early Termination Date and the original scheduled expiry date of the relevant series.

Investors must note that the valuation methodologies applicable to different listed structured products vary according to the actual terms of the relevant product and the relevant valuation model applied by us based on our actual underlying hedging arrangements as of the relevant time.  Our current intended approach for the valuation methodology applicable to the Early Termination Amount of the Xiaomi Warrants only

5

applies to such product, and must not be construed as applicable to, or the benchmark for, other similar listed structured products (whether or not linked to the same underlying share) issued under the Programme.

We will notify each holder of the Xiaomi Warrants of the actual amount of the Early Termination Amount no later than the trading day after the Early Termination Date (currently scheduled to be 22 March 2021) by publication of an announcement on the HKEXnews website.

*Settlement process*

The Early Termination Amount will be paid by transfer to the CCASS account through which the relevant Xiaomi Warrants are held on the third CCASS Settlement Date after the Early Termination Date (currently scheduled to be 24 March 2021, "**Settlement Date**"). Payment of the Early Termination Amount to such account will be a complete discharge of our obligation to pay such Early Termination Amount.  Investors should note that if you are not a CCASS investor participant and do not have a CCASS account, you will have to rely on your broker to ensure that the Early Termination Amount is credited to your account maintained with your broker (and if applicable, its custodian).

Any payment of the Early Termination Amount shall be made net of any taxes, duties, fees, levies and other charges incurred in respect of such payment or otherwise in connection with such early termination. Investors should also check with their brokers (if any) as to whether there are any charges payable to their brokers. We are not responsible for any tax, duties or charges imposed by any tax authority in respect of the payment of the Early Termination Amount or otherwise in connection with such early termination. Investors should obtain independent tax advice if they are in any doubt.

## PART 4.    TRADING IN THE XIAOMI WARRANTS BEFORE EARLY TERMINATION DATE

Investors should exercise particular caution in trading the Xiaomi Warrants before the trading suspension date of the Xiaomi Warrants as the price of the Xiaomi Warrants may fluctuate significantly, which may adversely affect investors' investment in the Xiaomi Warrants.

## PART 5.    CONTACT DETAILS FOR INVESTORS' ENQUIRIES

*Contact details*

Investors in the Xiaomi Warrants may obtain further information relating to the Early Termination Event as follows:

(a)     visit our designated website at *http://www.jpmwarrants.com.hk*; or

(b)     call our hotline at *+852 2800 7878*.

*The announcement contains important information which may negatively affect your investment in the Xiaomi Warrants. You must read this announcement carefully and (where appropriate) seek professional advice before investing in or dealing in the Xiaomi Warrants.*

**J.P. Morgan Structured Products B.V.**
Hong Kong, 19 February 2021

6

**Schedule: List of Xiaomi Warrants**

*The list of Xiaomi Warrants is based on market information as of market close of 19 February 2021.*

1. **Derivative Warrants**

| | Stock code of Xiaomi Warrants | Type | Underlying share / Stock code | Exercise Price (HK$) | Original Scheduled Expiry Date | Early Termination Date |
|---|---|---|---|---|---|---|
| 1 | 11900 | Call | Xiaomi Corporation (1810.HK) | 14.90 | 27 September 2021 | 19 March 2021 |
| 2 | 15196 | Put | Xiaomi Corporation (1810.HK) | 8.08 | 2 June 2021 | 19 March 2021 |
| 3 | 15330 | Call | Xiaomi Corporation (1810.HK) | 28.62 | 1 April 2021 | 19 March 2021 |
| 4 | 16552 | Put | Xiaomi Corporation (1810.HK) | 14.44 | 31 March 2021 | 19 March 2021 |
| 5 | 17081 | Call | Xiaomi Corporation (1810.HK) | 22.22 | 31 March 2021 | 19 March 2021 |
| 6 | 18808 | Put | Xiaomi Corporation (1810.HK) | 25.52 | 31 May 2021 | 19 March 2021 |
| 7 | 18818 | Call | Xiaomi Corporation (1810.HK) | 36.73 | 31 March 2021 | 19 March 2021 |
| 8 | 19852 | Call | Xiaomi Corporation (1810.HK) | 31.93 | 30 April 2021 | 19 March 2021 |
| 9 | 20449 | Put | Xiaomi Corporation (1810.HK) | 24.23 | 4 May 2021 | 19 March 2021 |
| 10 | 20923 | Put | Xiaomi Corporation (1810.HK) | 12.82 | 1 June 2021 | 19 March 2021 |
| 11 | 20992 | Call | Xiaomi Corporation (1810.HK) | 38.93 | 31 May 2021 | 19 March 2021 |
| 12 | 24597 | Call | Xiaomi Corporation (1810.HK) | 20.33 | 24 March 2021 | 19 March 2021 |
| 13 | 25306 | Call | Xiaomi Corporation (1810.HK) | 23.23 | 31 May 2021 | 19 March 2021 |
| 14 | 26229 | Call | Xiaomi Corporation (1810.HK) | 30.30 | 31 March 2021 | 19 March 2021 |
| 15 | 27195 | Call | Xiaomi Corporation (1810.HK) | 41.41 | 30 June 2021 | 19 March 2021 |

| | Stock code of Xiaomi Warrants | Type | Underlying share / Stock code | Exercise Price (HK$) | Original Scheduled Expiry Date | Early Termination Date |
|---|---|---|---|---|---|---|
| 16 | 27219 | Put | Xiaomi Corporation (1810.HK) | 29.29 | 30 June 2021 | 19 March 2021 |
| 17 | 27232 | Put | Xiaomi Corporation (1810.HK) | 26.66 | 9 June 2021 | 19 March 2021 |
| 18 | 27950 | Put | Xiaomi Corporation (1810.HK) | 17.71 | 31 May 2021 | 19 March 2021 |
| 19 | 29109 | Call | Xiaomi Corporation (1810.HK) | 45.93 | 23 June 2021 | 19 March 2021 |

2. **Inline Warrants**

| | Stock code of Xiaomi Warrants | Type | Underlying share / Stock code | Upper Strike Price (HK$) | Lower Strike Price (HK$) | Original Scheduled Expiry Date | Early Termination Date |
|---|---|---|---|---|---|---|---|
| 1 | 48648 | Inline Warrants | Xiaomi Corporation (1810.HK) | 22.00 | 18.00 | 30 June 2021 | 19 March 2021 |

# Exhibit I

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited ("Stock Exchange") take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*

*This announcement is for information purposes only and does not constitute an invitation or offer to acquire, purchase or subscribe for the structured products described below.*

# Non-collateralised Structured Products

**Issuer: GOLDMAN SACHS STRUCTURED PRODUCTS (ASIA) LIMITED**
*(incorporated in the Cayman Islands with limited liability)*

**Guarantor: THE GOLDMAN SACHS GROUP, INC.**
*(incorporated in the State of Delaware, United States of America)*

**Sponsor: GOLDMAN SACHS (ASIA) L.L.C.**

**Announcement in relation to Early Termination and
Suspension of Trading of Affected Warrants
linked to Xiaomi Corporation
("Xiaomi Warrants")**

---

This announcement serves to inform investors in the Xiaomi Warrants:

(a) that the last trading day of the Xiaomi Warrants is scheduled to be 15 March 2021;

(b) that the Xiaomi Warrants will be suspended from trading on 16 March 2021;

(c) that the Xiaomi Warrants will be early terminated with effect on 19 March 2021; and

(d) on further details about the Early Termination Event (as defined below).

---

**OVERVIEW**

As described further in Part 2 of this announcement, we may early terminate a series of our derivative warrants ("**Warrants**") if it becomes illegal or impracticable (i) for us (as the Issuer) to perform our obligations under the Warrants or for the Guarantor to perform its obligations under the guarantee as a result of a change in law event, or (ii) for us (as the Issuer) or any of our affiliates to maintain our hedging arrangements with respect to the Warrants due to a change in law event.

Due to a recent change in the laws of the United States of America ("**United States**") (as described further in Part 2):

(a)     an event as contemplated in the Early Termination Condition of each series of the Xiaomi Warrants has occurred; and

(b)     we have determined to early terminate all the Xiaomi Warrants on 19 March 2021 in accordance with the relevant terms and conditions.

Investors should note the following key dates (each as described further below) in respect of each series of the Xiaomi Warrants:

| Key Dates | Events |
|---|---|
| **15 March 2021 (Monday)** | The last trading day |
| **16 March 2021 (Tuesday)** | Trading suspension date |
| **12, 15, 16, 17 and 18 March 2021** | Valuation period |
| **19 March 2021 (Friday)** | Early Termination Date (as defined below) |
| | Delisting date |
| **22 March 2021 (Monday)** | The publication date of announcement in respect of the Early Termination Amount (as defined below) |
| **24 March 2021 (Wednesday)** | The Settlement Date (as defined below) for payment of the Early Termination Amount to each holder |

Terms not defined in this announcement have the meanings given to them in the relevant base listing document and launch announcement and supplemental listing document relating to the Xiaomi Warrants. References herein to "we" shall mean the Issuer, and the words "us" and "our" should be construed accordingly.

**PART 1.     EARLY TERMINATION AND SUSPENSION OF TRADING**

We announce that:

(a)     an Early Termination Event has occurred pursuant to the Early Termination Condition (as described further below) of the terms and conditions of the Xiaomi Warrants stated in the schedule attached to this announcement. In accordance with the Early Termination Condition, we have determined to early terminate all the Xiaomi Warrants with effect on 19 March 2021 (the "**Early Termination Date**"). Setting of the Early Termination Date is consistent with the current practice for expiry date of derivative warrants (including the Xiaomi Warrants), with 3 CCASS Settlement Days between the last trading day and the expiry date. The Xiaomi Warrants will (i) expire on the Early Termination Date, rather than the original scheduled expiry date stated in the schedule attached to this announcement, and (ii) be delisted after market close on the Early Termination Date;

2

(b)     the last trading day of the Xiaomi Warrants is scheduled to be 15 March 2021; and

(c)     pursuant to Rule 6.02 of the Rules Governing the Listing of Securities on the Stock Exchange (the "**Listing Rules**"), an application to suspend the trading of each series of the Xiaomi Warrants stated in the schedule attached to this announcement with effect from 9:00 a.m. (Hong Kong time) on 16 March 2021 will be submitted to the Stock Exchange, and all the Xiaomi Warrants will be suspended from trading with effect from 9:00 a.m. (Hong Kong time) on 16 March 2021.

## PART 2.     OCCURRENCE OF AN EARLY TERMINATION EVENT

### *Early Termination Condition*

Pursuant to condition 14 of the Terms and Conditions of the Cash-Settled Stock Warrants (the "**Early Termination Condition**") applicable to the relevant series of the Xiaomi Warrants, we may terminate the relevant Xiaomi Warrants prior to their respective original scheduled expiry dates if we determine in good faith and in a commercially reasonable manner that, for reasons beyond our control, it has become or it will become illegal or impracticable:

(a)     for us (as the Issuer) to perform our obligations under the Xiaomi Warrants, or for the Guarantor to perform its obligations under the guarantee, in whole or in part as a result of:

    (i)     the adoption of, or any change in, any relevant law or regulation (including any tax law); or

    (ii)    the promulgation of, or any change in, the interpretation by any court, tribunal, governmental, administrative, legislative, regulatory or judicial authority or power with competent jurisdiction of any relevant law or regulation (including any tax law),

    (each of (i) and (ii), a "**Change in Law Event**"); or

(b)     for us (as the Issuer) or any of our affiliates to maintain the Issuer's hedging arrangements with respect to the Xiaomi Warrants due to a Change in Law Event.

In such event, the amount payable by us (if any) will be the fair market value of the Xiaomi Warrants, less our cost of unwinding any related hedging arrangements as determined by us.

### *Occurrence of a Change in Law Event and an Early Termination Event*

Under the Issuer's Hong Kong listed issuance programme for structured products (the "**Programme**"):

(a)     The Goldman Sachs Group, Inc. (a company incorporated in the United States) is the Guarantor of structured products issued under the Programme, under which, it guarantees the prompt and complete performance of payment obligation of the Issuer in respect of all structured products issued under the Programme (including the Xiaomi Warrants) in accordance with the product terms and conditions of the structured products; and

(b)     Goldman Sachs (Asia) Securities Limited (a company incorporated in Hong Kong) is appointed by the Issuer as its agent to provide liquidity for all structured products issued under the Programme, including the Xiaomi Warrants (the "**Liquidity Provider**").

Based on the publicly available information as of the date of this announcement with respect to the Executive Order 13959, as amended by Executive Order 13974, issued by the President of the United States (the "**Executive Order**") and the frequently asked questions (including 858, 860, 861 and 864) related to the Executive Order, "Addressing the Threat from Securities Investments that Finance Communist Chinese Military Companies." published by the Office of Foreign Assets Control ("**OFAC**"), the Issuer has determined in good faith and in a commercially reasonable manner that:

(a)     the Executive Order constitutes a Change in Law Event;

(b)     the Early Termination Condition has been triggered due to such Change in Law Event; and

(c)     the Xiaomi Warrants will be early terminated on the Early Termination Date in accordance with the Early Termination Condition (the "**Early Termination Event**"), at the applicable Early Termination Amount as described further in Part 3 below.

The Executive Order will affect the Xiaomi Warrants with effect from 9:30 a.m. eastern standard time (US time) on 15 March 2021. The applicability of the prohibitions in the Executive Order to the Xiaomi Warrants on 15 March 2021 are based on the guidance publicly available from OFAC as of 18 February 2021 (US time), and are subject to any additional guidance OFAC might issue either as to the scope of the prohibitions under the Executive Order or as to the effective date.

There may be other listed structured products linked to certain restricted companies that are subject to the Executive Order.

The United States government has publicly stated its intention to impose sanctions on additional restricted companies under the Executive Order, and those sanctions may affect other structured products linked to such restricted companies in the future.

We will monitor closely the developments with respect to the Executive Order and will publish further announcement to inform investors if any of our listed structured products is linked to such restricted companies pursuant to the Executive Order on a timely basis.

## PART 3.     EARLY TERMINATION ARRANGEMENT

### *Early Termination Amount*

Pursuant to the Early Termination Condition, we will pay to each holder of the Xiaomi Warrants a cash amount determined by us in good faith and in a commercially reasonable manner, being the fair market value in respect of the Xiaomi Warrants held by such holder immediately prior to the early termination (ignoring such illegality or impracticability) less the cost to us of unwinding any related hedging arrangement as determined by Goldman Sachs (Asia) L.L.C. (as the agent) in its sole and absolute discretion (the "**Early Termination Amount**").

As disclosed in the launch announcement and supplemental listing document applicable to each series of the Xiaomi Warrants, the price of a Warrant linked to an underlying share will generally depend on the price of such underlying share, and a range of factors, including (amongst others):

*   the exercise price of the derivative warrants;
*   the value and volatility of the price of the underlying share;
*   the time remaining to expiry;
*   the interim interest rates and expected dividend payments or other distributions on the underlying share;
*   the liquidity of the underlying share; and
*   our related transaction cost.

In determining the Early Termination Amount for each series of the Xiaomi Warrants, we intend to use our existing pricing model for the relevant series of the Xiaomi Warrants.

In respect of a series of the Xiaomi Warrants, the key market factor inputs of such pricing model are:

(i)     comparison of the "**Average Price**" against the exercise price applicable to the relevant series,

Where:

the "**Average Price**" refers to the arithmetic mean of the closing prices of one underlying share for each Valuation Date;

the "**Valuation Date**" refers to each of the five Business Days immediately preceding the Early Termination

Date (i.e. 12 March, 15 March, 16 March, 17 March and 18 March 2021);

(ii)    the average of the implied volatility applicable to the relevant series based on the mid-price of the Issuer's bid and ask quotes as at or immediately before market close in Hong Kong on the two trading days immediately preceding the trading suspension date (scheduled to be 12 March and 15 March 2021); and

(iii)   the time value between the Early Termination Date and the original scheduled expiry date of the relevant series.

Investors must note that the valuation methodologies applicable to different listed structured products vary according to the actual terms of the relevant product and the relevant valuation model applied by us based on our actual underlying hedging arrangements as of the relevant time.  Our current intended approach for the valuation methodology applicable to the Early Termination Amount of the Xiaomi Warrants only applies to such product, and must not be construed as applicable to, or the benchmark for, other similar listed structured products (whether or not linked to the same underlying share) issued under the Programme.

We will notify each holder of the Xiaomi Warrants of the actual amount of the Early Termination Amount no later than the trading day after the Early Termination Date (currently scheduled to be 22 March 2021) by publication of an announcement on the HKEXnews website.

### *Settlement process*

The Early Termination Amount will be paid by transfer to the CCASS account through which the relevant Xiaomi Warrants are held on the third CCASS Settlement Date after the Early Termination Date (currently scheduled to be 24 March 2021, "**Settlement Date**"). Payment of the Early Termination Amount to such account will be a complete discharge of our obligation to pay such Early Termination Amount.  Investors should note that if you are not a CCASS investor participant and do not have a CCASS account, you will have to rely on your broker to ensure that the Early Termination Amount is credited to your account maintained with your broker (and if applicable, its custodian).

Any payment of the Early Termination Amount shall be made net of any taxes, duties, fees, levies and other charges incurred in respect of such payment or otherwise in connection with such early termination. Investors should also check with their brokers (if any) as to whether there are any charges payable to their brokers. We are not responsible for any tax, duties or charges imposed by any tax authority in respect of the payment of the Early Termination Amount or otherwise in connection with such early termination. Investors should obtain independent tax advice if they are in any doubt.

### PART 4.    TRADING IN THE XIAOMI WARRANTS BEFORE EARLY TERMINATION DATE

Investors should exercise particular caution in trading the Xiaomi Warrants before the trading suspension date of the Xiaomi Warrants as the price of the Xiaomi Warrants may fluctuate significantly, which may adversely affect investors' investment in the Xiaomi Warrants.

### PART 5.    CONTACT DETAILS FOR INVESTORS' ENQUIRIES

### *Contact details*

Investors in the Xiaomi Warrants may obtain further information relating to the Early Termination Event as follows:
(a)    visit our designated website at *https://www.gswarrants.com.hk*; or
(b)    call our hotline *2978-2978*.

*The announcement contains important information which may negatively affect your investment in the Xiaomi Warrants.  You must read this announcement carefully and (where appropriate) seek professional advice before investing in or dealing in the Xiaomi Warrants.*

**Goldman Sachs Structured Products (Asia) Limited**
19 February 2021

## Schedule: List of Xiaomi Warrants

*The list of Xiaomi Warrants is based on market information as of market close of 19 February 2021.*

| | Stock code of Xiaomi Warrants | Type | Underlying share / Stock code | Exercise Price (HK$) | Original scheduled Expiry Date | Early Termination Date |
|---|---|---|---|---|---|---|
| 1 | 11208 | Call Warrants | Xiaomi Corporation (1810.HK) | 43.23 | 23 June 2021 | 19 March 2021 |
| 2 | 12569 | Call Warrants | Xiaomi Corporation (1810.HK) | 14.90 | 27 September 2021 | 19 March 2021 |
| 3 | 13994 | Put Warrants | Xiaomi Corporation (1810.HK) | 8.07 | 26 May 2021 | 19 March 2021 |
| 4 | 18898 | Call Warrants | Xiaomi Corporation (1810.HK) | 36.73 | 26 March 2021 | 19 March 2021 |
| 5 | 19282 | Call Warrants | Xiaomi Corporation (1810.HK) | 33.93 | 24 March 2021 | 19 March 2021 |
| 6 | 19887 | Call Warrants | Xiaomi Corporation (1810.HK) | 31.43 | 24 March 2021 | 19 March 2021 |
| 7 | 20479 | Put Warrants | Xiaomi Corporation (1810.HK) | 24.23 | 4 May 2021 | 19 March 2021 |
| 8 | 23234 | Call Warrants | Xiaomi Corporation (1810.HK) | 39.13 | 21 May 2021 | 19 March 2021 |
| 9 | 25405 | Call Warrants | Xiaomi Corporation (1810.HK) | 20.33 | 24 March 2021 | 19 March 2021 |
| 10 | 28383 | Put Warrants | Xiaomi Corporation (1810.HK) | 26.63 | 8 June 2021 | 19 March 2021 |
| 11 | 28390 | Call Warrants | Xiaomi Corporation (1810.HK) | 36.93 | 25 June 2021 | 19 March 2021 |
| 12 | 29343 | Call Warrants | Xiaomi Corporation (1810.HK) | 45.93 | 23 June 2021 | 19 March 2021 |
| 13 | 29344 | Put Warrants | Xiaomi Corporation (1810.HK) | 28.83 | 22 June 2021 | 19 March 2021 |
| 14 | 29618 | Call Warrants | Xiaomi Corporation | 22.40 | 16 April 2021 | 19 March 2021 |

| | Stock code of Xiaomi Warrants | Type | Underlying share / Stock code | Exercise Price (HK$) | Original scheduled Expiry Date | Early Termination Date |
|---|---|---|---|---|---|---|
| | | | (1810.HK) | | | |
| 15 | 29681 | Call Warrants | Xiaomi Corporation (1810.HK) | 36.73 | 12 April 2021 | 19 March 2021 |