# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| XIAOMI CORPORATION, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   21-280 (RC) |
| | : | |
| v. | : | Re Document No.:   14, 18 |
| | : | |
| DEPARTMENT OF DEFENSE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for preliminary injunction (ECF No. 14) is **GRANTED**, and Plaintiffs' unopposed motion for leave to file supplemental declaration (ECF No. 18) is **GRANTED**.

It is hereby **ORDERED** that Defendants are thereby enjoined from implementing or enforcing the Department of Defense's designation of Plaintiff Xiaomi Corporation as a Communist Chinese military company, and the resulting restrictions pursuant to Executive Order 13959.

**SO ORDERED**.

Dated:  March 12, 2021                                                                   RUDOLPH CONTRERAS
                                                                                                          United States District Judge