**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| XIAOMI CORPORATION, *et al.*,<br>Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br>Defendants. | Civil Docket No. 21-cv-00283 (RC) |

## NOTICE OF CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD

Pursuant to this Court's March 16, 2021 Minute Order and LCvR 7(m), Defendants hereby provide the Certification and the Index of the Administrative Record in this matter. Today, Counsel for the Defendants also served Counsel for the Plaintiffs with a copy of the Administrative Record by electronic mail.

Dated March 23, 2021

Respectfully submitted,


BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

BRIGHAM BOWEN
Assistant Branch Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
STEPHEN M. ELLIOTT
JAMES R. POWERS
Trial Attorneys
U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel. (202) 514-1944

Email: joseph.borson@usdoj.gov

*Counsel for Defendants*