IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOMI CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | Civil Docket No. 21-cv-00280 (RC) |

### JOINT STATUS REPORT

Pursuant to the Court's March 16, 2021 Minute Order, the Parties submit the following joint status report regarding further proceedings in this litigation. The Parties met and conferred by telephone as to these matters on April 5, 2021.

In light of the Court's preliminary injunction order and opinion, ECF Nos. 20, 21, Defendants are continuing to deliberate as to the appropriate path forward in this litigation. These interagency deliberations will include, at a minimum, the Departments of Defense, Justice, and the Treasury, and Defendants have not yet reached a view as to the appropriate next steps. These discussions remain ongoing. Accordingly, Defendants propose that the Parties submit a further joint status report on April 27, 2021. Defendants requested and Plaintiffs agreed not to oppose this approach in light of these ongoing discussions.

| | |
|---|---|
| Dated: March 16, 2021 | Respectfully submitted, |
| /s/ *John E. Hall* | BRIAN M. BOYNTON |
| John E. Hall (D.C. Bar No. 415364) | Acting Assistant Attorney General |
| Beth S. Brinkmann (D.C. Bar No. 477771) | |
| Alexander A. Berengaut (D.C. Bar No. 989222) | ALEXANDER K. HAAS |
| Megan A. Crowley (D.C. Bar No. 1049027) | Branch Director |
| COVINGTON & BURLING LLP | |
| One CityCenter | ANTHONY J. COPPOLINO |
| 850 Tenth Street, NW | Deputy Branch Director |
| Washington, DC 20001 | |
| Telephone: +1 (202) 662-6000 | BRIGHAM BOWEN |
| Facsimile: + 1 (202) 778-6000 | Assistant Branch Director |
| Email:  jhall@cov.com | |
| bbrinkmann@cov.com | /s/ *Joseph E. Borson* |
| aberengaut@cov.com | JOSEPH E. BORSON (Va. Bar No. 85519) |
| mcrowley@cov.com | STEPHEN M. ELLIOT |
| | JAMES R. POWERS |
| S. Conrad Scott (D.C. Bar No. 1685829; *pro hac vice*) | Trial Attorneys |
| | U.S. Department of Justice |
| COVINGTON & BURLING LLP | Civil Division, Federal Programs Branch |
| The New York Times Building | 1100 L Street, NW |
| 620 Eighth Avenue | Washington, DC  20005 |
| New York, NY | Phone: (202) 514-1944 |
| Telephone: +1 (212) 841-1000 | Email: joseph.borson@usdoj.gov |
| Facsimile: +1 (212) 841-1010 | |
| Email: cscott@cov.com | *Counsel for Defendants* |
| | |
| *Counsel for Plaintiffs* | |