IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOMI CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | Civil Docket No. 21-cv-00280 (RC) |

### JOINT STATUS REPORT

Pursuant to the Court's April 6, 2021 Minute Order, the Parties submit the following joint status report regarding further proceedings in this litigation. The Parties met and conferred by telephone as to these matters on April 22 and April 26, 2021.

Since the Parties' previous joint status report, ECF No. 33, the Acting Solicitor General recently decided that Defendants will not appeal this Court's preliminary injunction order and opinion, ECF Nos. 20, 21. In light of this decision, Defendants continue to deliberate as to the appropriate path forward in this litigation, including whether the litigation can be resolved without the need for further briefing. Defendants anticipate concluding these deliberations in coming weeks. Given that the Court's preliminary injunction remains in effect during the pendency of these deliberations, Defendants accordingly propose that the Parties submit a further joint status report on May 11, 2021. Defendants requested and Plaintiffs agreed not to oppose this approach in light of these ongoing deliberations.

| | |
|---|---|
| Dated: April 27, 2021 | Respectfully submitted, |
| /s/ *John E. Hall* | BRIAN M. BOYNTON |
| John E. Hall (D.C. Bar No. 415364) | Acting Assistant Attorney General |
| Beth S. Brinkmann (D.C. Bar No. 477771) | |
| Alexander A. Berengaut (D.C. Bar No. 989222) | ALEXANDER K. HAAS |
| Megan A. Crowley (D.C. Bar No. 1049027) | Branch Director |
| COVINGTON & BURLING LLP | |
| One CityCenter | ANTHONY J. COPPOLINO |
| 850 Tenth Street, NW | Deputy Branch Director |
| Washington, DC 20001 | |
| Telephone: +1 (202) 662-6000 | BRIGHAM BOWEN |
| Facsimile: + 1 (202) 778-6000 | Assistant Branch Director |
| Email: jhall@cov.com | |
| bbrinkmann@cov.com | /s/ *Joseph E. Borson* |
| aberengaut@cov.com | JOSEPH E. BORSON (Va. Bar No. 85519) |
| mcrowley@cov.com | STEPHEN M. ELLIOT |
| | JAMES R. POWERS |
| S. Conrad Scott (D.C. Bar No. 1685829; *pro hac vice*) | Trial Attorneys |
| | U.S. Department of Justice |
| COVINGTON & BURLING LLP | Civil Division, Federal Programs Branch |
| The New York Times Building | 1100 L Street, NW |
| 620 Eighth Avenue | Washington, DC 20005 |
| New York, NY | Phone: (202) 514-1944 |
| Telephone: +1 (212) 841-1000 | Email: joseph.borson@usdoj.gov |
| Facsimile: +1 (212) 841-1010 | |
| Email: cscott@cov.com | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |