IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOMI CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | Civil Docket No. 21-cv-00280 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 28, 2021 Minute Order, the Parties submit the following joint status report regarding further proceedings in this litigation.

Since the Parties' previous joint status report, the Parties have agreed upon a path forward that would resolve this litigation without the need for contested briefing. In particular, in light of this Court's preliminary injunction order and opinion, ECF Nos. 20, 21, and Defendants' decision not to appeal that order, Defendants have agreed that a final order vacating the January 14, 2021 designation of Xiaomi Corporation as a CCMC pursuant to section 1237 of the FY 1999 NDAA, as amended, would be appropriate. An order vacating agency action is the ordinary result when a court has determined that such action violates the APA. *See* 5 U.S.C. § 706(2). Plaintiffs support such an order. The parties will negotiate over the specific terms of the order, and anticipate providing this Court a joint proposed order on or before Thursday, May 20, 2021.

| | |
|---|---|
| Dated: May 11, 2021 | Respectfully submitted, |
| /s/ *John E. Hall* | BRIAN M. BOYNTON |
| John E. Hall (D.C. Bar No. 415364) | Acting Assistant Attorney General |
| Beth S. Brinkmann (D.C. Bar No. 477771) | |
| Alexander A. Berengaut (D.C. Bar No. 989222) | ALEXANDER K. HAAS |
| Megan A. Crowley (D.C. Bar No. 1049027) | Branch Director |
| COVINGTON & BURLING LLP | |
| One CityCenter | ANTHONY J. COPPOLINO |
| 850 Tenth Street, NW | Deputy Branch Director |
| Washington, DC 20001 | |
| Telephone: +1 (202) 662-6000 | BRIGHAM BOWEN |
| Facsimile: + 1 (202) 778-6000 | Assistant Branch Director |
| Email:  jhall@cov.com | |
| bbrinkmann@cov.com | /s/ *Joseph E. Borson* |
| aberengaut@cov.com | JOSEPH E. BORSON (Va. Bar No. 85519) |
| mcrowley@cov.com | STEPHEN M. ELLIOT |
| | JAMES R. POWERS |
| S. Conrad Scott (D.C. Bar No. 1685829; *pro hac vice*) | Trial Attorneys |
| | U.S. Department of Justice |
| COVINGTON & BURLING LLP | Civil Division, Federal Programs Branch |
| The New York Times Building | 1100 L Street, NW |
| 620 Eighth Avenue | Washington, DC  20005 |
| New York, NY | Phone: (202) 514-1944 |
| Telephone: +1 (212) 841-1000 | Email: joseph.borson@usdoj.gov |
| Facsimile: +1 (212) 841-1010 | |
| Email: cscott@cov.com | *Counsel for Defendants* |
| | |
| *Counsel for Plaintiffs* | |